IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THE ARKANSAS STATE**
**CONFERENCE NAACP,** *et al.*  **PLAINTIFFS**

v.  Case No. 4:21-cv-1239-LPR

**THE ARKANSAS BOARD OF**
**APPORTIONMENT,** *et al***.**
  **DEFENDANTS**

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED BRIEFING AND CONSIDERATION**

Pursuant to Federal Rule of Civil Procedure 65(a) and 52 U.S.C. § 10301, Plaintiffs the Arkansas State Conference NAACP and the Arkansas Public Policy Panel respectfully move the Court to issue a preliminary injunction preventing Defendants and their agents from implementing the reapportionment plan for the Arkansas House of Representatives that took effect today. Given the nature of this request and the State of Arkansas's timeline for holding future elections, Plaintiffs respectfully request expedited briefing and consideration of this Motion.

In support of this Motion, Plaintiffs submit the following:

1. Exhibit 1 is a true and accurate copy of the Board of Apportionment's Redistricting Plan as adopted by the Board of Apportionment on November 29, 2021.

2. Exhibit 2 is a true and accurate copy of the "Illustrative" Redistricting Plan, created by Plaintiffs' expert witness, Anthony E. Fairfax.

3. Exhibit 3 is a true and accurate copy of the Board of Apportionment's official transcript of the July 29, 2021 Arkansas Board of Apportionment public hearing, held in Monticello, Arkansas.

4. Exhibit 4 is a true and accurate copy of the Board of Apportionment's official transcript of the August 5, 2021 Arkansas Board of Apportionment public hearing, held in Bentonville, Arkansas.

5. Exhibit 5 is a true an accurate copy of the Board of Apportionment's official transcript of the August 24, 2021 Arkansas Board of Apportionment public hearing, held in Little Rock, Arkansas.

6. Exhibit 6 is a true and accurate copy of the Board of Apportionment's official transcript of the October 29, 2021 Arkansas Board of Apportionment public hearing, held in Little Rock, Arkansas.

7. Exhibit 7 is a true and accurate copy of the December 29, 2021 expert report and supporting appendices of Anthony E. Fairfax.

8. Exhibit 8 is a true and accurate copy of the December 28, 2021 expert report and supporting appendices of Dr. Lisa Handley.

9. Exhibit 9 is a true and accurate copy of the December 28, 2021 expert report and supporting appendices of Dr. Jay Barth.

10. Exhibit 10 is a compilation of various comments submitted by members of the public to the Arkansas Board Apportionment, as available at https://arkansasredistricting.org/public-comments/public-comment/, *last visited* on December 29, 2021, and as available at https://mydistricting.arkansas.gov/legdistricting/comments/plan/27/9, *last visited* on December 29, 2021.

The specific grounds for this motion are set forth in the concurrently filed opening brief.

Dated:  December 29, 2021                           Respectfully submitted,

                                          Gary Sullivan (AR Bar: 92051)
                                        Email:  gary@acluarkansas.org
                                        ARKANSAS CIVIL LIBERTIES UNION
                                        FOUNDATION, INC.
                                        904 West 2nd Street
                                        Little Rock, AR 72201
                                        Tel: (501) 374-2842

| | |
|---|---|
| Ceridwen Cherry (*PHV Forthcoming*)<br>Email:  ccherry@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION,<br>VOTING RIGHTS PROJECT<br>915 15th St NW<br>Washington, DC 20015<br>Tel: (202) 457-0800 | Jonathan Topaz (*PHV Forthcoming*)<br>Email:  jtopaz@aclu.org<br>Sophia Lin Lakin (*PHV Forthcoming*)<br>Email: slakin@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION,<br>VOTING RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (212) 549-2500 |
| Neil Steiner (*PHV Forthcoming*)<br>Email:  neil.steiner@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of The Americas<br>New York, NY 10036 – 6797<br>(212) 698-3500 \| (212) 698-3599 | Angela Liu (*PHV Forthcoming*)<br>Email:  angela.liu@dechert.com<br>DECHERT LLP<br>35 West Wacker Drive, Suite 3400<br>Chicago, IL 60601<br>(312) 646-5800 \| (312) 646-5858 |
| Luke Reilly (*PHV Forthcoming*)<br>Email:  luke.reilly@dechert.com<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>(215) 994-4000 \| (215) 994-2222 | Matthew F. Williams (*PHV Forthcoming*)<br>Email:  matthew.williams@dechert.com<br>DECHERT LLP<br>One Bush Street, Suite 1600<br>San Francisco, CA 94104-4446<br>(415) 262-4500 \| (415) 262-4555 |

Bryan Sells (*PHV Forthcoming*)
Email:  bryan@bryansellslaw.com
THE LAW OFFICE OF
BRYAN L. SELLS, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Tel: (404) 480-4212 (voice and fax)

*Attorneys for Plaintiffs*