# EXHIBIT 1



2021 House Boundaries

Overall Deviation: 6.85%