# EXHIBIT 2

# Arkansas

## Illustrative Plan
## State House Districts

Benton - Washington

Pulaski

**Legend**

County

Illustrative

Note: The red number indicates a Majority Black District

N W E S

Source:
U.S. Census Bureau 2020 Census Data

Prepared by: Tony Fairfax, CensusChannel LLC
Map Version: 2.0 Date: 12/27/2021



Arkansas
State House Districts
Illustrative Complaint Plan

| District | Population | Deviation | % Deviation | 18+_Pop | % H18+_Pop | % NH18+_Wht | % 18+_AP_Blk | % CVAP_HSP19 | % CVAP_WHT19 | % CVAP_BLK19 |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 29,387 | -728 | -2.42% | 22,639 | 3.57% | 58.76% | 34.03% | 2.94% | 62.44% | 33.15% |
| 002 | 28,718 | -1,397 | -4.64% | 22,433 | 3.03% | 77.54% | 15.44% | 1.04% | 80.39% | 16.80% |
| 003 | 29,220 | -895 | -2.97% | 21,766 | 11.45% | 54.14% | 31.56% | 4.52% | 59.52% | 34.12% |
| 004 | 28,625 | -1,490 | -4.95% | 21,360 | 16.79% | 65.08% | 12.17% | 7.05% | 75.05% | 14.29% |
| 005 | 31,009 | 894 | 2.97% | 23,621 | 3.48% | 39.61% | 54.43% | 2.46% | 46.73% | 50.01% |
| 006 | 29,320 | -795 | -2.64% | 22,868 | 2.72% | 71.57% | 23.12% | 1.28% | 71.60% | 25.89% |
| 007 | 28,745 | -1,370 | -4.55% | 22,701 | 2.63% | 69.32% | 24.88% | 1.35% | 69.10% | 28.83% |
| 008 | 29,149 | -966 | -3.21% | 22,410 | 5.94% | 73.75% | 17.88% | 3.12% | 74.95% | 21.29% |
| 009 | 30,703 | 588 | 1.95% | 23,612 | 4.33% | 66.08% | 27.10% | 2.32% | 70.52% | 26.32% |
| 010 | 28,996 | -1,119 | -3.72% | 22,819 | 2.22% | 89.89% | 3.34% | 1.37% | 91.92% | 4.24% |
| 011 | 28,733 | -1,382 | -4.59% | 23,126 | 4.95% | 42.26% | 50.64% | 2.12% | 46.38% | 50.13% |
| 012 | 28,616 | -1,499 | -4.98% | 22,715 | 2.09% | 44.79% | 50.83% | 1.90% | 46.21% | 51.24% |
| 013 | 29,223 | -892 | -2.96% | 22,647 | 2.59% | 75.18% | 19.00% | 1.93% | 77.03% | 19.91% |
| 014 | 31,165 | 1,050 | 3.49% | 23,722 | 3.42% | 80.76% | 11.10% | 1.65% | 85.84% | 10.32% |
| 015 | 29,106 | -1,009 | -3.35% | 22,048 | 3.73% | 88.64% | 3.58% | 1.77% | 92.08% | 3.75% |
| 016 | 28,822 | -1,293 | -4.29% | 22,581 | 1.70% | 43.46% | 52.45% | 0.58% | 47.23% | 50.60% |
| 017 | 29,011 | -1,104 | -3.67% | 22,828 | 2.01% | 44.83% | 50.28% | 1.60% | 45.48% | 51.66% |
| 018 | 28,947 | -1,168 | -3.88% | 23,410 | 3.60% | 83.54% | 7.11% | 2.21% | 87.25% | 7.47% |
| 019 | 29,492 | -623 | -2.07% | 22,941 | 5.78% | 85.11% | 3.66% | 2.28% | 89.79% | 5.58% |
| 020 | 29,136 | -979 | -3.25% | 22,406 | 8.63% | 83.13% | 0.59% | 4.18% | 90.51% | 1.11% |
| 021 | 30,955 | 840 | 2.79% | 23,725 | 3.75% | 85.18% | 1.31% | 2.22% | 92.44% | 1.07% |
| 022 | 28,737 | -1,378 | -4.58% | 23,171 | 4.45% | 86.76% | 3.49% | 2.68% | 92.89% | 2.73% |
| 023 | 30,017 | -98 | -0.33% | 22,740 | 4.65% | 83.32% | 6.07% | 1.73% | 90.35% | 5.21% |
| 024 | 28,683 | -1,432 | -4.76% | 23,066 | 5.19% | 82.14% | 6.97% | 1.78% | 88.68% | 7.44% |
| 025 | 28,823 | -1,292 | -4.29% | 22,398 | 7.99% | 68.35% | 17.73% | 3.74% | 75.61% | 18.50% |
| 026 | 29,203 | -912 | -3.03% | 24,359 | 2.76% | 81.05% | 12.39% | 1.52% | 85.95% | 10.90% |
| 027 | 30,375 | 260 | 0.86% | 22,357 | 9.48% | 71.51% | 13.25% | 3.99% | 82.55% | 10.56% |
| 028 | 29,243 | -872 | -2.90% | 21,766 | 5.01% | 78.60% | 11.19% | 1.62% | 86.57% | 9.48% |
| 029 | 30,623 | 508 | 1.69% | 21,868 | 20.93% | 19.31% | 57.76% | 6.97% | 23.16% | 69.38% |
| 030 | 29,323 | -792 | -2.63% | 23,141 | 7.54% | 37.08% | 50.35% | 1.90% | 42.57% | 51.33% |
| 031 | 31,022 | 907 | 3.01% | 24,168 | 3.22% | 75.07% | 10.70% | 1.69% | 82.24% | 12.07% |
| 032 | 31,097 | 982 | 3.26% | 24,085 | 2.89% | 66.77% | 21.93% | 2.50% | 72.82% | 20.03% |
| 033 | 29,375 | -740 | -2.46% | 23,144 | 7.03% | 35.82% | 52.57% | 2.52% | 41.68% | 53.90% |
| 034 | 29,123 | -992 | -3.29% | 23,962 | 9.69% | 38.51% | 50.57% | 2.12% | 42.79% | 52.72% |
| 035 | 29,971 | -144 | -0.48% | 24,224 | 3.24% | 74.21% | 17.15% | 2.23% | 80.12% | 15.13% |
| 036 | 29,623 | -492 | -1.63% | 22,939 | 10.53% | 36.77% | 50.41% | 2.22% | 39.69% | 56.96% |
| 037 | 30,297 | 182 | 0.60% | 22,972 | 8.03% | 38.23% | 50.30% | 3.48% | 40.93% | 54.40% |

Arkansas
State House Districts
Illustrative Complaint Plan

| District | Population | Deviation | % Deviation | 18+_Pop | % H18+_Pop | % NH18+_Wht | % 18+_AP_Blk | % CVAP_HSP19 | % CVAP_WHT19 | % CVAP_BLK19 |
|---|---|---|---|---|---|---|---|---|---|---|
| 038 | 30,257 | 142 | 0.47% | 23,973 | 4.06% | 72.51% | 17.61% | 2.77% | 78.03% | 16.47% |
| 039 | 30,100 | -15 | -0.05% | 23,237 | 4.01% | 72.91% | 17.02% | 2.53% | 76.21% | 18.37% |
| 040 | 31,543 | 1,428 | 4.74% | 24,091 | 4.51% | 78.78% | 11.40% | 2.30% | 83.93% | 10.85% |
| 041 | 30,460 | 345 | 1.15% | 23,620 | 5.46% | 64.84% | 23.52% | 4.04% | 70.81% | 21.79% |
| 042 | 28,692 | -1,423 | -4.73% | 21,071 | 5.86% | 37.03% | 53.25% | 2.02% | 45.71% | 50.34% |
| 043 | 30,797 | 682 | 2.26% | 22,333 | 4.47% | 85.98% | 2.92% | 4.23% | 90.06% | 2.74% |
| 044 | 31,076 | 961 | 3.19% | 23,132 | 3.09% | 88.86% | 1.63% | 2.25% | 94.56% | 0.82% |
| 045 | 29,648 | -467 | -1.55% | 22,909 | 4.74% | 81.62% | 7.71% | 2.83% | 90.69% | 5.24% |
| 046 | 30,397 | 282 | 0.94% | 23,213 | 3.11% | 86.78% | 5.12% | 2.06% | 91.73% | 4.46% |
| 047 | 31,157 | 1,042 | 3.46% | 23,663 | 2.46% | 86.10% | 7.12% | 1.70% | 89.84% | 5.89% |
| 048 | 28,702 | -1,413 | -4.69% | 22,247 | 1.94% | 41.96% | 54.30% | 1.14% | 44.56% | 53.58% |
| 049 | 30,171 | 56 | 0.19% | 23,794 | 1.72% | 74.78% | 20.47% | 1.28% | 75.08% | 18.91% |
| 050 | 31,204 | 1,089 | 3.62% | 24,086 | 3.06% | 40.75% | 54.06% | 2.28% | 41.01% | 52.87% |
| 051 | 28,662 | -1,453 | -4.82% | 21,031 | 2.18% | 37.50% | 58.23% | 0.98% | 43.68% | 52.35% |
| 052 | 31,270 | 1,155 | 3.84% | 23,825 | 2.40% | 87.65% | 6.19% | 1.85% | 91.26% | 3.99% |
| 053 | 30,101 | -14 | -0.05% | 22,890 | 3.65% | 83.58% | 8.68% | 1.39% | 90.19% | 7.18% |
| 054 | 31,577 | 1,462 | 4.85% | 23,566 | 3.75% | 86.74% | 5.96% | 2.25% | 90.76% | 4.83% |
| 055 | 29,043 | -1,072 | -3.56% | 21,512 | 3.15% | 43.33% | 51.41% | 2.29% | 44.30% | 50.03% |
| 056 | 31,238 | 1,123 | 3.73% | 24,032 | 1.70% | 92.03% | 1.00% | 1.23% | 96.15% | 1.19% |
| 057 | 30,849 | 734 | 2.44% | 23,037 | 3.39% | 88.71% | 2.62% | 1.95% | 94.46% | 2.12% |
| 058 | 29,129 | -986 | -3.27% | 22,093 | 4.13% | 74.50% | 16.36% | 2.43% | 79.53% | 15.38% |
| 059 | 29,296 | -819 | -2.72% | 21,564 | 9.16% | 56.23% | 29.37% | 2.50% | 67.67% | 28.55% |
| 060 | 31,103 | 988 | 3.28% | 24,046 | 1.50% | 93.45% | 0.98% | 1.18% | 96.43% | 0.94% |
| 061 | 31,231 | 1,116 | 3.71% | 24,621 | 1.31% | 92.64% | 0.63% | 1.35% | 95.74% | 0.41% |
| 062 | 29,387 | -728 | -2.42% | 24,307 | 1.63% | 92.29% | 1.23% | 1.57% | 94.95% | 1.22% |
| 063 | 29,897 | -218 | -0.72% | 23,103 | 7.30% | 84.34% | 3.11% | 3.17% | 91.81% | 2.36% |
| 064 | 31,390 | 1,275 | 4.23% | 25,206 | 1.48% | 92.11% | 0.20% | 1.26% | 95.19% | 0.40% |
| 065 | 29,233 | -882 | -2.93% | 22,632 | 3.25% | 80.80% | 10.52% | 1.48% | 85.91% | 10.98% |
| 066 | 30,757 | 642 | 2.13% | 24,973 | 2.19% | 92.26% | 0.64% | 1.85% | 95.62% | 0.44% |
| 067 | 29,252 | -863 | -2.87% | 21,558 | 2.63% | 89.50% | 2.52% | 1.09% | 94.31% | 2.96% |
| 068 | 29,759 | -356 | -1.18% | 22,891 | 4.07% | 87.47% | 1.11% | 2.69% | 93.90% | 0.74% |
| 069 | 29,194 | -921 | -3.06% | 22,003 | 10.18% | 79.61% | 2.32% | 4.38% | 89.65% | 1.82% |
| 070 | 30,659 | 544 | 1.81% | 24,487 | 5.12% | 71.83% | 16.57% | 2.79% | 79.55% | 13.60% |
| 071 | 29,804 | -311 | -1.03% | 23,431 | 13.20% | 73.98% | 6.88% | 6.79% | 84.77% | 5.75% |
| 072 | 29,428 | -687 | -2.28% | 22,901 | 6.85% | 65.54% | 22.21% | 2.70% | 75.34% | 20.08% |
| 073 | 29,033 | -1,082 | -3.59% | 21,919 | 8.59% | 84.62% | 1.44% | 4.63% | 92.07% | 1.90% |
| 074 | 29,743 | -372 | -1.24% | 22,789 | 2.35% | 89.39% | 1.22% | 1.93% | 93.16% | 1.42% |

Arkansas
State House Districts
Illustrative Complaint Plan

| District | Population | Deviation | % Deviation | 18+_Pop | % H18+_Pop | % NH18+_Wht | % 18+_AP_Blk | % CVAP_HSP19 | % CVAP_WHT19 | % CVAP_BLK19 |
|---|---|---|---|---|---|---|---|---|---|---|
| 075 | 30,865 | 750 | 2.49% | 23,127 | 4.14% | 85.57% | 1.43% | 3.43% | 92.02% | 0.97% |
| 076 | 29,074 | -1,041 | -3.46% | 23,102 | 7.24% | 73.29% | 6.11% | 4.76% | 79.88% | 6.13% |
| 077 | 29,898 | -217 | -0.72% | 23,316 | 8.05% | 72.44% | 8.02% | 7.09% | 78.00% | 5.97% |
| 078 | 30,453 | 338 | 1.12% | 21,808 | 33.81% | 38.66% | 15.06% | 17.55% | 52.25% | 19.86% |
| 079 | 31,316 | 1,201 | 3.99% | 23,456 | 8.57% | 77.83% | 2.36% | 5.93% | 85.75% | 2.11% |
| 080 | 31,365 | 1,250 | 4.15% | 23,121 | 10.81% | 75.87% | 1.08% | 4.89% | 86.26% | 1.10% |
| 081 | 31,557 | 1,442 | 4.79% | 24,971 | 4.69% | 83.20% | 3.65% | 2.90% | 90.62% | 3.24% |
| 082 | 30,104 | -11 | -0.04% | 22,824 | 4.14% | 86.18% | 1.95% | 2.21% | 93.29% | 1.67% |
| 083 | 30,787 | 672 | 2.23% | 22,798 | 23.50% | 63.86% | 2.46% | 11.75% | 78.30% | 2.51% |
| 084 | 29,631 | -484 | -1.61% | 23,163 | 6.04% | 81.11% | 4.18% | 4.19% | 89.10% | 2.90% |
| 085 | 31,295 | 1,180 | 3.92% | 26,716 | 7.03% | 78.76% | 5.14% | 4.35% | 83.60% | 6.75% |
| 086 | 31,173 | 1,058 | 3.51% | 25,331 | 8.87% | 72.28% | 9.05% | 5.79% | 83.06% | 6.05% |
| 087 | 31,133 | 1,018 | 3.38% | 22,136 | 8.06% | 65.29% | 3.58% | 6.56% | 83.33% | 3.27% |
| 088 | 31,479 | 1,364 | 4.53% | 22,858 | 23.57% | 60.18% | 2.93% | 13.39% | 78.09% | 2.28% |
| 089 | 31,124 | 1,009 | 3.35% | 20,762 | 47.36% | 33.26% | 2.52% | 27.49% | 62.37% | 3.10% |
| 090 | 31,218 | 1,103 | 3.66% | 21,642 | 19.97% | 67.30% | 2.08% | 10.65% | 82.64% | 1.63% |
| 091 | 31,529 | 1,414 | 4.70% | 22,829 | 14.29% | 70.84% | 2.14% | 6.95% | 81.46% | 2.05% |
| 092 | 30,653 | 538 | 1.79% | 22,968 | 7.11% | 80.63% | 2.63% | 2.95% | 90.79% | 2.83% |
| 093 | 31,112 | 997 | 3.31% | 23,441 | 7.04% | 80.77% | 2.18% | 7.02% | 86.61% | 2.40% |
| 094 | 31,365 | 1,250 | 4.15% | 23,546 | 16.41% | 67.97% | 2.71% | 8.30% | 84.93% | 2.13% |
| 095 | 31,585 | 1,470 | 4.88% | 24,231 | 11.94% | 79.12% | 1.27% | 6.38% | 89.00% | 0.75% |
| 096 | 31,276 | 1,161 | 3.86% | 22,050 | 45.57% | 45.38% | 1.71% | 27.03% | 67.17% | 2.35% |
| 097 | 31,356 | 1,241 | 4.12% | 24,779 | 4.81% | 87.14% | 0.85% | 3.09% | 93.46% | 0.59% |
| 098 | 29,592 | -523 | -1.74% | 22,348 | 11.44% | 80.11% | 0.58% | 6.40% | 89.91% | 0.26% |
| 099 | 31,143 | 1,028 | 3.41% | 24,258 | 2.22% | 90.85% | 0.53% | 2.13% | 94.77% | 0.48% |
| 100 | 31,589 | 1,474 | 4.89% | 26,168 | 2.16% | 92.43% | 0.39% | 2.18% | 95.33% | 0.21% |