# EXHIBIT 3

BOARD OF APPORTIONMENT PUBLIC HEARING

MONTICELLO, ARKANSAS

July 29, 2021

1        (Recording Begins)
2        JUSTICE DICKEY:  My name is Betty Dickey
3   and I am the coordinator for the Board of
4   Apportionment.
5        Thank you to Jeff Weaver and Monticello
6   UAM for helping us prepare for this.  We
7   appreciate your help.
8        The men who are with me, I want to
9   introduce to you, from the governor's office,
10  Andres Rhodes, on my right.  From the secretary
11  of state's office, Kevin Niehaus.  From the
12  AG's office, Brad Nye and Doug House.  And with
13  me is the head of GIS, that's Geographic
14  Information Systems, Shelby Johnson; and, with
15  him, are Jonathan Durand and Thomas Melton.
16       These men are the -- the brains behind the
17  redistricting.  They're bright, dedicated, hard
18  working, committed to transparency and fairness
19  in this effort that takes place every ten
20  years, based on our Constitution.
21       We are six months behind in our work
22  because we don't have the census information
23  yet.  We have a prognosis, that's -- they --
24  2019 map that was put out by the American
25  Community System, which is what our, one of the

```
 1    maps that we have here tonight, is predicated
 2    upon.
 3         The map, the data in its interpretive form
 4    will be sent to us by the Census Bureau on
 5    September -- on or before September the 30th.
 6    And then the maps will be drawn, you know, we
 7    will have a basis.
 8         The purpose tonight is to get your input
 9    before we draw the maps.  Your comments, your
10    suggestions, your criticisms.  PBS and Marty
11    Ryall are live-streaming this as well as
12    videoing it for your comments.
13         You have comment forms that we ask you to
14    fill out with your suggestions.
15         The -- the legal basis under which we
16    operate is Article Eight of our Constitution,
17    the Voter's Rights Amendment of 1965 is amended
18    in the Equal Protection Clause of the 14th
19    Amendment.
20         We have -- in front of me is a list of our
21    criteria, our goals, which we strive to meet,
22    but we are not perfect.  And there may be some
23    situations that are unavoidable.
24         The first of the criteria is based on the
25    Equal Protection Clause of the 14th Amendment;
```

1  and that is one person, one vote, or that,
2  every ten years, there has to be a redrawing of
3  the boundaries to -- based on each district
4  being equal or substantially equal in
5  population.
6      That's five percent plus or minus.  With
7  the one hundred house seats, that means it will
8  be about 30,000 per district.  And as you have
9  -- if you've looked at one of the maps that
10 Shelby's going to talk to you about, some of
11 those positions are way over 30,000 in
12 population.
13     We say they're illegal, not -- that's not
14 a reference to your representative.  That's a
15 reference to the population amount in that
16 district, if I can get that straight.
17     The 35 Senate seats will be about 86,000
18 persons per district.
19     Section Two, the second of the criteria of
20 the Voter's Rights Amendment of 1965 prohibits
21 discrimination based on race, color, or
22 language minority.
23     And, number three, the Equal Protection
24 Clause of the 14th Amendment, limits redrawing
25 districts bound -- district boundaries strictly

on the basis of race.  So there's a balance there.

The next four are geographic principles; compactness, that's the eyeball test, that it's round or square, not that it's gerrymandered or dummy-mandered or whatever.

In 1812, Governor Gerry of Massachusetts drew an area around Boston that looked like a salamander, hence the word gerrymandering or a weird pronunciation, Gerrymandering, based on this man.

Contiguous is another of the goals; and that is that a common border or no islands, no partial districts, that are separated from others.

The core of existing districts, we strive to keep the counties whole, the cities whole, precincts.  That's the goal.  Minimizing the splitting of political subdivisions, that is our goal.  We won't achieve that in some cases.

Communities of interest, commonalities of economic, social, political, cultural, ethnic or religious interest, you can help there, as far as your suggestions, as well as the other criteria.

1    Continuity of representation, it may seem
2    unusual that we try to avoid making incumbents
3    run against each other, but these incumbents
4    were elected.  That is the will of the voters
5    and we strive to recognize, appreciate, and try
6    to avoid, as I said, making incumbents run
7    against each other.
8    Minimizing partisanship, no targeting or
9    giving preferential treatment to one of the two
10   or three parties, if we have three.
11   You can look at past maps from ten years
12   and further ago and see strange drawings where
13   someone has drawn in or out of the district
14   little fingers or abrupt lines to draw someone
15   in or out, we strive not to do that, to be fair
16   and impartial.
17   If there is a lawsuit involving that, it
18   will go, at this time, or from now on, to state
19   court instead of federal court.  That's the
20   Rucho Decision.
21   I want Shelby to further explain some of
22   the maps and then we'll open this for questions
23   or comments, if you have any.  Thank you.
24   MR. JOHNSON:  Thank you, Justice Dickey.
25   Good Evening.

1   My name again is Shelby Johnson and I am
2   in the Arkansas Geographic Information Systems
3   Office, and we provide technical support to the
4   Board of Apportionment and assist them with
5   some of the data.
6   And so, for this evening, what I wanted to
7   do was to share some of the information that we
8   do have available.
9   And the first map that you see on the
10  screen here shows our state's population change
11  over the last nine years for the period from
12  2010 to 2019.
13  The information that this is built on is
14  from the Census Bureau and it's an annual
15  estimate that they produce at the county level
16  and it does a decent job of helping us predict
17  trends.  Demographers use this to do all sorts
18  of other analysis.
19  But, for us and for this particular work
20  for the Board, it helps to highlight parts of
21  Arkansas where our population has shifted or
22  our population has changed.  Some of our
23  population has stayed relatively steady.
24  The information that comes out, comes out
25  each year.  It is based on an estimate and that

1   estimate is a combination of mortality from
2   each year, statistics such as births and deaths
3   that are fed to the Census Bureau, and then
4   they use some other forecasting methods to
5   arrive at these estimates.
6           The estimates are not perfect but they are
7   in the ballpark; and so that is, at this time,
8   all that we're able to leverage and take
9   advantage of.
10          So you can see, in this corner of
11  Arkansas, here, specifically in Drew County,
12  across the nine-year period, the county has
13  seen a little population decline over the nine
14  years, but that population decline isn't quite
15  dramatic.
16          If you look further to the south or to the
17  east, Chicot County or Ashley County, where we
18  have seen some more dramatic decline in terms
19  of population.
20          And it shouldn't come as any surprise, but
21  population follows jobs; and so we have seen a
22  migration and a shifting of population in
23  Arkansas to where the economic opportunities
24  are more available.
25          And then, in some places, we just have

1  what we would characterize as migration into
2  the state.
3          The next map that we'd like to take a look
4  at is going on to using the same data to then
5  run some analysis that looks at the variances
6  of the -- well look -- can you move it to the
7  house, the estimated house variance slide,
8  please?  Perfect.  Thank you, sir.
9          So what we've done or what we were able to
10 do is to look at the population estimates from
11 the 2019 and to cast those onto the current
12 districts here in Arkansas.
13         And I want to kind of take a couple of
14 minutes and just describe the colors.  So if
15 you see the colors that are in shades of red,
16 that illustrates a district that its population
17 is too low.
18         It suggests to us that we need to make
19 that district larger to reach out and grab
20 additional population so that it can become
21 more equal.
22         The lighter shades of red are still a
23 little bit low but not as excessive as the
24 darkest colors.  And then, trending down to the
25 lighter colors, those districts are closer to

where they're equal but not necessarily perfect.

Then the map transitions into shades of white and then shades of blue. And, as you graduate up the scale, the darkest blue colors are suggestive of districts where there is too much population.

That population is not equal; and, therefore, that's an example where the district has to shrink in size in order for other districts that are smaller in population to -- to gain population and to become equal.

Here in southeast Arkansas, just to give you some numbers, for example, House District 11, currently, we estimate that House District 11 needs to gain 4,300 in population.

Next to it is House District Nine. House District Nine needs to gain 1,900 in order to become more equal with its neighbors.

If you contrast that with, for example, House District 23 in Saline County which is just outside of the Little Rock area, that house district currently has 3,400 population above what would be the ideal amount.

So these give you a notion of where the

district -- the house districts in Arkansas must grow or must shrink in order to become more equal.

The next map we'll look at is the Senate map and it's similar in nature.  And I'll walk you through just a few of those numbers.

And, on those numbers, here in Senate District 26 -- would you be able to move that to the Senate map, please?  Thank you very much.

Senate District 26, which is where we are currently, Justice Dickey mentioned the Senate districts are larger in Arkansas, in terms of population, due to the makeup of the Senate being 35 members.  So our state population is divided by 35; and then that number would be the ideal number for a target district.

Under these estimates, that would be about a little over 85,000.  And Senate District 26, right now, is about 8,561 below that target.

Senate District 25, just a little north of us here, needs to grow the most in terms of our Senate Districts.  It needs to grow by 12,000 population.

So, when we look at the trends here in

1  this corner of our state, we see the districts
2  are going to become larger in geographic size
3  in order to become more equal in population.
4       When you contrast that, for example, with
5  Senate District One in northwest Arkansas, that
6  district is 27,000 above the target, so it is
7  -- it has got too much population in it and it
8  must become smaller in order for its neighbors
9  around it to become more equal in terms of
10 population and, as a result, representation.
11      Our timeline or our expectation from the
12 U.S. Census Bureau is that the -- what the
13 format they call Legacy Data is going to be
14 released on about the second week of August.
15 It will take probably a week to ten days for
16 that information to be processed into a form
17 where the Board can use it, and then the Board
18 can begin doing its work with the 2020
19 population data.
20      So that's just a little bit about the maps
21 that we have for you today.  Along each side of
22 the front here are the specific House and
23 Senate and then we have detailed charts that
24 illustrate those numbers based on the analysis
25 that we've run and we would invite you to take

1  a look at those when your time permits to see
2  those numbers and see how those districts may
3  change.
4       And I'll turn it back to Justice Dickey.
5       JUSTICE DICKEY:  Thank you, Shelby.
6       And now we're here to hear your comments
7  and suggestions.
8       We have a microphone, we have two
9  microphones, so if you'll raise your hand, the
10 men with the microphones will bring that to
11 you.
12      If you will, state your name and, if you
13 know, what district, and I assume you know what
14 county you live it, will you please state that.
15      Any questions?  Comments?  Suggestions?
16 If you'll stand up.  It's hard to see out
17 there.  Do you -- are there --
18      (Indiscernible Crosstalk)
19      JUSTICE DICKEY:  All right.
20      COREY BREEVE:  I'm Corey Breeve from
21 Warren, Bradley County.
22      I know y'all are talking about the state
23 legislative House and Senate and all that
24 redistricting.  But will it also be required of
25 all the cities and the counties -- they will

|    |                                                           |
|----|-----------------------------------------------------------|
| 1  | have to go through their own process of                   |
| 2  | redistricting for wards, or JP Districts, or               |
| 3  | you know, whatever the case may be?  Is that               |
| 4  | correct?                                                   |
| 5  |         JUSTICE DICKEY:  That's correct.                   |
| 6  |         Shelby, do you want to -- Shelby has been          |
| 7  | talking to the county judges and county clerks             |
| 8  | about that.                                                |
| 9  |         And the answer is, yes.  Which is why, to          |
| 10 | the extent that we can avoid splitting many                |
| 11 | counties, it makes -- and precincts, it'll make            |
| 12 | the county clerks jobs a lot easier.                       |
| 13 |         And, you know, they're in a time crunch            |
| 14 | much greater than we are.                                  |
| 15 |         Other questions or comments about the              |
| 16 | maps?                                                      |
| 17 |         BENNY RAVORD:  Yes.  Benny Ravord, Drew            |
| 18 | County.  I'd like to see Bradley (inaudible).              |
| 19 |         JUSTICE DICKEY:  The comment, Benny, is            |
| 20 | you'd like to see -- it's hard to hear also up             |
| 21 | here.  It's hard for me.                                   |
| 22 |         BENNY RAVORD:  I said all of Bradley and           |
| 23 | Drew County.  District Eight.                              |
| 24 |         JUSTICE DICKEY:  All right.                        |
| 25 |         BENNY RAVORD:  (Inaudible.)                        |

|   |   |
|---|---|
| 1 | JUSTICE DICKEY: Okay. Benny and -- well, |
| 2 | for the rest of you, you know that the website, |
| 3 | the Secretary of State's website, will also |
| 4 | take -- and it's ArkansasRedistricting.org is |
| 5 | that website. |
| 6 | And we ask you either to fill out these |
| 7 | comments that are provided to you or register |
| 8 | that online.  That's very helpful to us, as far |
| 9 | as how we draw the lines.  So please register |
| 10 | it either here tonight or online. |
| 11 | Other comments, questions, suggestions? |
| 12 | This is the first of what we hope will be eight |
| 13 | meetings throughout the state, depending on the |
| 14 | pandemic of the unvaccinated. |
| 15 | And we appreciate your masking and social |
| 16 | distancing tonight. |
| 17 | If you have other comments, either give |
| 18 | them to us tonight or register. |
| 19 | Anything else? |
| 20 | We appreciate Monticello, Jeff Weaver, and |
| 21 | the people who have helped him and appreciate |
| 22 | your attendance.  Thank you. |
| 23 | (End of Recording) |
| 24 | * * * * * * * |
| 25 |  |

```
 1                    C E R T I F I C A T E

 2   STATE OF ARKANSAS    )
                          )
 3   COUNTY OF PULASKI    )

 4         I, CRIS M. BRASUELL, Certified Court Reporter and
     Notary Public do hereby certify the proceedings which
 5   appear in the foregoing pages contain a true and correct
     record of the testimony given by said witness held to the
 6   best of my ability, along with all items of evidence
     admitted hereto.
 7
           I FURTHER CERTIFY, that I am not a relative or
 8   employee of any attorney or employed by the parties
     hereto, nor financially interested or otherwise, in the
 9   outcome of this action, and that I have no contract with
     any parties within this action that effects or has a
10   substantial tendency to affect impartiality, that
     requires me to relinquish control of an original
11   transcript or copies of the transcript before it is
     certified and delivered to the custodial attorney, or
12   that requires me to provide any service not made
     available to all parties in the action.
13

14         WITNESS MY HAND AND SEAL this 4th day of October,

15   2021.

16

17
                           _Cris M. Braswell_____
18                         CRIS M. BRASUELL, CCR
19                         Arkansas State Supreme Court
                           Certified Court Reporter No. 742
20

21

22   My Commission Expires:
     August 16, 2031
23

24

25
```