# EXHIBIT 4

1

2

3

4

5

6

7

8

9

10                BOARD OF APPORTIONMENT PUBLIC HEARING

11                       BENTONVILLE, ARKANSAS

12                         August 5, 2021

13

14

15

16

17

18

19

20

21

22

23

24

25

1              (Recording Begins)

2         JUDGE DICKEY:  -- also -- is also from the

3    AG's office, attorney general's office, I'm

4    sorry.

5         Shelby Johnson, who is the head of

6    Geographic Systems, Geographic Information

7    Systems.  I'm sorry.

8         To my immediate right is Kevin Niehaus,

9    who is from the secretary of state's office.

10   And to my far right is Nick Ortiz from the

11   governor's office.

12        These are the men who are able to answer

13   your hard questions or take your suggestions.

14        We are, excuse me, six months behind

15   schedule in redistricting because the census

16   has not been delivered.  We hope that it will

17   be here in a format that Shelby and his tech

18   savvy people can interpret by August the 16th,

19   the date that the Census Bureau has said, in a

20   format we can all read, is September the 30th.

21        And our work is to be completed by

22   December the 31st.  It creates a real challenge

23   and especially for the county clerks whose work

24   starts when we can come up with a fair,

25   reasonable plan.

1          The purpose of this meeting is for

2     comments and suggestions.  There's a -- there

3     are forms outside we'd like for you to fill out

4     if you have a comment that you want the -- the

5     three different agencies that are represented

6     here to read.

7          PBS is video-streaming and videoing and,

8     I'm sorry, live streaming this hearing.

9          I want to talk to you about a few of the

10    criteria that are in front of us.  And then

11    Shelby will talk to you briefly about the maps

12    and then we want to hear from you.

13          The legal basis for the redistricting is

14    Article 8 of our Constitution, the Voters

15    Rights Amendment of 1965 is amended in the

16    Equal Protection clause of the 14th Amendment.

17    The first one, one person, one vote, balancing

18    each of the legislative districts every ten

19    years after the Federal Census so that they are

20    substantially equal, which is generally a plus

21    or minus five percent deviation, unless there

22    is an impermissible violation of the other

23    criteria -- on another criteria.

24          As you know, there a hundred House seats,

25    and 35 Senate seats.  We anticipate from the

1          American Community Survey, not ours, but the

2          American Community Survey's prediction of 2019,

3          which you'll -- Shelby will talk to you about.

4          We anticipate there will be 30,000 people per

5          district in the hundred House Districts.  And

6          we hope to make them substantially equal.  And

7          the 35 House Senate Districts about 85,000

8          persons per district.

9               Section 2 of the Voters Rights Amendment,

10          the second criteria here, Section 2 as the

11          Voters Rights Amendments, as amended, prohibits

12          the discrimination based on race, color, or

13          language minority.  I'm sorry.

14               And then number three, the Equal

15          Protection clause of the 14th Amendment limits

16          the redrawing of district boundaries strictly

17          on the basis of race.

18               The next four are geographic principles.

19          Compactness is the first one.  That is the

20          eyeball test, a round or square or district

21          that is -- doesn't look like a salamander.

22               As you may know, in 1812, Governor Gerry

23          of Massachusetts referred to the shape -- he

24          gerrymandered or salamandered the Boston

25          District.  And this is where the word

1          gerrymandering came from.

2              The fifth one is contiguous, which means

3     having a common border, there are no islands or

4     partial districts.

5              Six is a core of existing districts.  We

6     want -- we strive for whole counties, whole

7     cities, whole precincts.  That is minimizing

8     the splitting of political subdivisions.

9              The seventh is communities of interest

10    with commonalities that are economical, social,

11    political, cultural, ethnic, or religious

12    interests.

13             The eighth one is continuity of

14    representation.  You may ask why.  Well, you've

15    elected the incumbents.  And it's our goal not

16    to -- to try not to make incumbents run against

17    each other.  That may or may not be

18    accomplished in this redistricting, but it is a

19    goal.

20             And then the ninth one is to minimize

21    partisanship, no targeting or giving

22    preferential treatment to someone because of

23    their political party.

24             Rucho versus The Common Cause was a 2019

25    case that now says that the federal government

1       or the federal courts will not hear those

2       cases, but opens the door for state courts to

3       hear any lawsuits that are based on drawing a

4       line as a political -- politically partisan

5       attempt.

6               I have hurried through these.  If you have

7       questions, you can ask them later.

8               Shelby wants to talk to you briefly about

9       the maps.

10              MR. JOHNSON:  Thank you, Justice Dickey.

11      Again, my name is Shelby Johnson and I serve as

12      the director of the Arkansas Geographic

13      Information Systems Office.

14              We're a part of the Department of

15      Transformation and Shared Services and we work

16      for you.  One of our charges or our statutory

17      responsibilities is to maintain maps and

18      information of the electoral geography of

19      Arkansas.  That includes election precincts,

20      county justice of peace districts, municipal

21      wards, school board zones, of course, our state

22      House and state Senate districts and our

23      congressional districts.

24              And one of our activities that we

25      undertake is to participate very closely with

1          the Census Bureau in rolling up all of that

2          information and furnishing it to the Census so

3          that Walnut Ridge or Cave Springs can have an

4          accurate count when the 2020 Census enumeration

5          takes place.

6               Unfortunately, as Justice Dickey mentioned

7          already, the census for 2020 is frustratingly

8          behind schedule.  And unfortunately, the only

9          thing that we are able to currently show

10         constituents around the state is estimates.

11              And so what I'm going to walk you through

12         is just a quick series of three different maps.

13         We're going to first look at the counties of

14         the state and then we'll look at the House

15         Districts, the current House Districts and the

16         current Senate Districts.

17              The first map, which you seen on screen

18         right now, hopefully you can see that fairly

19         well, is just kind of a -- it's from the

20         American Community Survey.

21              That is a sampling, a statistical

22         sampling, that's done by the Census Bureau.

23         They conduct that sampling each year, so it's

24         not a full census.  And then they use other

25         trend line data, such as mortality, births and

1          deaths and -- and some other information that

2          they use to generate that estimate.

3              And what you're looking at on this map is

4          just the raw numbers of population change at

5          the county level from the period 2010 to 2019.

6              And I'm going to just briefly describe the

7          colors and walk you through those colors so

8          that, hopefully, all of that'll begin to soak

9          in and make sense.

10             And if you look at the darker hues or

11         darker shades of red, the darkest shade of red

12         indicates a county or an area which had

13         dramatic, fairly dramatic, population decline.

14             And so to kind of illustrate one of those,

15         I'll give you kind of the very bottom end of

16         that decline would be in Jefferson County,

17         Arkansas.  Across that period in Jefferson

18         County, the county declined over the nine years

19         by about 10,600 in population.

20             Contrast that with our biggest increase,

21         at the other end of the spectrum, of course,

22         here we are in Benton County, which gained over

23         57,000 across the last nine years.

24             As we go down the shades of red, you'll

25         see Monroe County lost about 1,400.  Cleburne

1        County, for example, lost about 1,000.  Clay

2        County lost about 1,500.

3              And then you go to the next shade of red,

4        which is still a loss but not as much.  And

5        then you'll drift into the very lightest

6        colors.

7              And that lightest color is indicative of a

8        county that may have had a little bit of

9        decline on the order of maybe less than 150 to

10       maybe 300 in decline.

11             And then the scale of coloring turns to

12       hues or shades of blue.  And that shades of

13       blue indicates that the county grew over that

14       time period.

15             And some of that growth is very modest.

16       So, for example, Perry County, which is in

17       Central Arkansas, just west of our state

18       capitol, estimated they only grew by ten.

19             And then you scale up and you get to other

20       counties in the darker shades of blue that grew

21       more.  And then the darkest shade of blue grew

22       the most.

23             And our -- in the -- in the eastern part

24       of our state, Greene County and Craighead

25       County both had pretty significant growth.

1          Across the last nine years, Craighead County

2     grew by about 13,000.  Greene County grew by

3     about 3,200.

4          But if you look and let your eye drift

5     south of those two counties in Northeast

6     Arkansas, you'll see that most of Eastern

7     Arkansas and then Southeastern and South

8     Central Arkansas, those counties declined in

9     population.

10          And it shouldn't come as any great news to

11     you, but just bears repeating or bears mention,

12     population almost always follows opportunity.

13     Population tends to follow where there is

14     opportunity.  And prosperity is usually the

15     dominate determiner of that.

16          And a really great example in American

17     History is the California Gold Rush where that

18     state's population grew immensely.

19          The other thing that can affect population

20     on the opposite end of the spectrum is if you

21     have a large employer in a small or rural

22     community in our state and that large employer

23     closes down that operation.  And that can

24     cause, in a -- an area to have population

25     decline because there's not that opportunity

1       there.

2               So that's just a quick illustration of our

3       change across the counties in Arkansas.  And

4       what we'll do next is we're going to move to

5       look at our current House Districts.

6               So again, the same sort of concept with

7       the colors and shades, but in -- in this

8       context, we did the analysis against our

9       current State House Districts.

10              And what this shows you is the county --

11      or not counties, but districts that are low are

12      in the darkest shades of red.  And then

13      districts that are a little bit mild -- mildly

14      low or not -- not quite below the target are in

15      lesser shades of red.  And then the scale turns

16      to the counties that are about on target.

17              And then we trend into the shades of blue,

18      which give you an indication that those darkest

19      shades of blue are where there's too much

20      population in a district to be substantially

21      equal.

22              So how do we do that?  Well, we just take

23      the total statewide estimate of population and

24      divide that number by 100 House Districts.  And

25      so what that tells us is that each House

1      District ought to have 29,900 in this

2      particular estimate scenario.  And if we look

3      at far Southeast Arkansas, House District 11,

4      it's got 4,300 below that target figure or that

5      ideal figure.

6            And what that tells us is that that

7      particular House District is less populated;

8      and, therefore, it has to grow geographically

9      in order to grab additional population to

10     become more equal with its neighbors.

11           Now, if we contrast the other end of the

12     spectrum, we'll go to just a little to the

13     center left in Central Arkansas, House District

14     31, which is in Saline County.  That's the

15     Benton and Bryant area in Central Arkansas.

16     And that House District has 5,822 persons

17     estimated to be over that target.

18           And those two examples, if -- if we were

19     to use those currently, those would be illegal.

20     They are not substantially equal with all of

21     the other districts.

22           We'll move on and we look at the same

23     analysis for the Senate.  And in the Senate

24     you'll see the same sets of shading with the

25     darkest red being Senate Districts that need to

1      grow or reach out and grab additional

2      population to become more equal.

3          And then you'll see, at the other end of

4      the spectrum, darkest shades of blue, which are

5      districts that must contract.  They must draw

6      in because there is too much population.

7          So as you draw or shrink or contract that

8      district in, it allows that area to share that

9      population with the neighboring districts.

10          And you might be, at this point, noticing

11      that there are some of the districts in

12      Arkansas that are right in the middle.  They're

13      probably close to target.  And you might think

14      to yourself, well, maybe those districts won't

15      change.

16          And my -- my analysis or my opinion on

17      that is probably not true.  And the reason is

18      because of all of the dramatic change that

19      needs to occur elsewhere.  And I think I can

20      illustrate it by drawing this quick analogy.

21          If you look at Senate District 26 in far

22      Southeast Arkansas, it's over 8,500 below

23      population.  Well, I've already described to

24      you that it must grow geographically to gain

25      more population.

1          Unfortunately, it can't go across the

2     river and get that from Mississippi.  And it

3     also can't go south and get that population

4     from another state like Louisiana.

5          That means that that Senate District has

6     to grow north or it has to grow east.  And so

7     as it grows north or as it grows east, it grabs

8     other population from the other districts,

9     which then impact the rest of the districts.

10    And that results in the change.

11         So that's a quick tour of the maps that we

12    do have, which are your current House and

13    Senate Districts.  And I'm very pleased to be

14    able to share that with you.  And I look

15    forward to hearing your comments and supporting

16    the work of the Board.

17         JUSTICE DICKEY:  Thank you, Shelby.

18         And now we'd like to hear the comments

19    from you.  There are microphones on either

20    side.  If you'll step up here or we've also

21    provided comment sheets, so if you don't make

22    comments tonight, we ask you for your help as

23    far as your suggestions.

24         Any questions, comments?  Yes, sir?  And

25    if you will, state your name before and what

1       county or district you live in.

2           DUSTIN SETON:  Dustin Seton from

3       Washington County.

4           Are projected growths factored into the

5       redistricting maps that are forecasted out in

6       the like projected numbers of population for

7       the next ten years looking at that -- just this

8       last year election cycle, some districts had

9       27,000 over in the Senate seat or 8,000 over in

10      the House District seat.

11          Are projections factored in the

12      redistricting maps?

13          MR. JOHNSON:  No, sir.  The data that the

14      Board of Apportionment will use will be the

15      2020 Census figures.  And the reason is because

16      that's what our Constitution says.

17          It's the -- it's the latest decennial

18      census.  And so that latest decennial census

19      number, once we have that, that is a fixed

20      number and it does not account for any

21      projected growth.

22          That number is what it is.  And that will

23      be the number that the Board of Apportionment

24      would use.  Thank you for your question.

25          JUSTICE DICKEY:  Yes, sir?

1      ALAN KITTERMAN:  My name is -- my name is

2      Alan Kitterman, Benton County.

3           I'll have a question and then a follow-up

4      on it.  The first question is, is the criteria

5      listed in order of importance or are they all

6      co-equal?

7           JUSTICE DICKEY:  Neither.  I mean, it's

8      listed.  It -- it's not -- you have to start

9      with the first one --

10          ALAN KITTERMAN:  Got it.  Right.

11          JUSTICE DICKEY:  -- and so we have to have

12     that substantially equal amount of people in

13     each district.  So that is an absolute.

14          Then the next two are legal commitments.

15     You can't discriminate against someone because

16     they're black, nor can you draw a district just

17     as a black district or Hispanic district or

18     whatever.

19          ALAN KITTERMAN:  Okay.

20          JUSTICE DICKEY:  And then the next start

21     to deal with the geographic principles.

22          So they all -- excuse me.  They all are

23     goals.  And -- and as I've said and will say

24     again, we can't meet all of those.

25          ALAN KITTERMAN:  Okay.

1          JUSTICE DICKEY:  We can't make, you know,
2     strictly urban or rural communities --
3          ALAN KITTERMAN:  Okay.
4          JUSTICE DICKEY:  -- necessarily.
5          We can't -- we'll have to divide some of
6     the counties.  And -- but these are our goals.
7     So they may be of lesser importance, but
8     they're all important.
9          We'll be sued if -- if we draw a line to
10    draw somebody in or out of a district or for
11    partisan reasons.
12         ALAN KITTERMAN:  In our specific area, we
13    have a very unusual situation that we have a
14    school district that covers two -- that is in
15    two counties.
16         So would the -- it says that the core of
17    existing districts, whole counties and then
18    communities of interest.
19         My suggestion and question at the same
20    time would be that a school district be
21    considered also a community of interest
22    together as --
23         JUSTICE DICKEY:  Yes.  And --
24         ALAN KITTERMAN:  -- well as the county --
25         JUSTICE DICKEY:  -- you know, in some

```
1              cases, as in the one you suggested, may not be
2              as significant --
3                   ALAN KITTERMAN:  Okay.
4                   JUSTICE DICKEY:  -- that we have a whole
5              counties --
6                   ALAN KITTERMAN:  Right.
7                   JUSTICE DICKEY:  -- especially when a
8              school board --
9                   ALAN KITTERMAN:  Or a county line, yes?
10                  JUSTICE DICKEY:  -- or a county line.
11                  ALAN KITTERMAN:  Okay.  Thank you very
12             much.
13                  JUSTICE DICKEY:  Certainly.  Yes, sir?
14                  JOHN MORAN:  My name is John Moran.  I'm
15             from Benton County.  I have some familiarity
16             with this process, having been familiar with it
17             from ten years ago.
18                  Looking at the map up there with the
19             obvious population drain from certain areas of
20             the state, the maps were drawn ten years ago
21             with a zero percent variance.
22                  I know that the court allows for a five
23             percent variance one way or another.  And I
24             know ten years ago there -- there was a
25             population drain problem just like there is
```

1   now.

2        How is the Board looking at that?  Are you

3   going to try draw closer to zero or are you

4   going to have to unavoidably go to those five

5   percent variances on either side?

6        JUSTICE DICKEY:  Brad?

7        MR. NYE:  Thank you for the question,

8   John.  I -- I think the answer is we're going

9   to strive for as close to a -- we're going to

10  strive for as close to a zero percent variance

11  as we can get.

12       You know, that five percent plus or minus

13  the courts talk about isn't necessarily a safe

14  harbor.  They also consider the other factors.

15       MR. NYE:  I apologize.  So the plus or

16  minus five percent variance that we talk about

17  is -- is something that is not considered a --

18  a safe harbor by the courts, if you fail to

19  meet some of the other factors.

20       So, to our mind, getting as close to a

21  zero percent variance as we can is important in

22  the decision-making process, yes.  And thank

23  you for that question.

24       JUSTICE DICKEY:  Yes, sir?

25       LARRY WELMS:  Larry -- Larry Welms with --

1          in Benton County.

2               My -- my question would be is that, when

3          you create the boundary lines, I'm assuming

4          that your unit of measure is a census block; is

5          that correct?

6               So you either add the census block or you

7          take the census block away and move it here or

8          there.  So that's -- really becomes the unit of

9          measure that you shift around to make the

10         balancing out of this whole map process; is

11         that correct?  So that's -- that's really the

12         shuffleboard that you're moving?

13              JUSTICE DICKEY:  One of them.  Precincts.

14         We --

15              LARRY WELMS:  When you say a precinct,

16         what's -- how -- how does that -- how does that

17         relate to a census unit?

18              MR. JOHNSON:  The census blocks in their

19         design are composed of physical features like

20         roads, streams, railroads.

21              And then layered on top of that would be

22         our other administrative boundaries, like the

23         boundary between Bentonville and Rogers, for

24         example.

25              So that administrative boundary is kind of

1          an invisible line, but it's bro -- it's in the

2          block file.

3               Layered right on top of that are our

4          election precincts.  And the election precinct

5          is a really vital part of the redistricting

6          process because it's bigger than -- it's bigger

7          than a block.  It's usually smaller than a city

8          and smaller than a county.

9               And if you're able to do the redistricting

10         process in assigning population at the election

11         precinct level, that streamlines or it makes it

12         a little bit easier on the election

13         administrators and the county election

14         commissions and the county clerks who will be

15         reassigning voters after the redistricting

16         process so that, to the degree possible, if you

17         can assign a whole precinct, versus splitting

18         that precinct, you're avoiding extra --

19         potentially unnecessary work on the county

20         clerk.

21              So that precinct level assignment is ideal

22         until it runs afoul of too much variances or

23         too excessive in one direction or another with

24         the population.  Hopefully that helps.

25              DR. BETHANY ROSENBAUM:  Good evening.

1           JUSTICE DICKEY:  Good evening.

2           DR. BETHANY ROSENBAUM:  My name is Dr.

3      Bethany Rosenbaum.  I'm from Lowell in Benton

4      County.

5           So I don't have a question, I have a

6      suggestion, which, I guess, is part of the

7      public comment.  So Lowell, like all of Benton

8      County, has experienced tremendous growth.

9           But Lowell is currently divided by two

10     districts.  So we have District 90 and District

11     96.  And they're not equal.  They don't equally

12     divide Lowell.

13          And, as you know, those two districts are

14     bursting at the seams.  So, as Mr. Johnson

15     said, they would need to be contracted.

16          Now, southern Rogers and Lowell have seen

17     tremendous growth.  And the cities share a lot

18     of commonalities.  These are, as your

19     terminology, communities of interest.

20          So this includes things like sharing the

21     Lowell/Rogers Chamber of Commerce.  They share

22     what's called the Historic Old Wire Road.

23     There's also administrative boundaries and --

24     and other interests that would link southern

25     Rogers, Lowell, the whole -- the whole of the

1          City of Lowell and even what was formerly

2          Bethel Heights that's now Springdale.

3               So my recommendation is that this portion,

4          this southern portion of -- so it's like

5          southeastern Rogers, all of Lowell and the

6          annexed portion of Bethel Heights as a

7          community of interest should be represented as

8          a new district due to population growth and the

9          other reasons I presented.  Thank you all.

10              JUSTICE DICKEY:  Thank you.  Will you

11         reduce that to writing?

12              Now, you are video -- videoed and live

13         streamed, but for us to communicate that to all

14         the parties concerned and it put it on the

15         website, we ask for your comment in writing or

16         -- or you can go on the website and put it.

17         Very good suggestion.  Thank you.

18              Yes, ma'am?

19              LOU REED SHARP:  Yes.  My name's Lou Reed

20         Sharp and I'm from Washington County.  And I'm

21         represented by House District 80, which I live

22         on the northern edge of it.  It takes me one

23         hour to get to Crawford County.  So we're

24         splitting two counties.

25              If you're a re -- and 60 percent of our

1    land mass in House District 80 is the Ozark

2    National Forest, which is not very well

3    populated.

4        But if you're a citizen in Lincoln,

5    Arkansas, which is -- is very rural and it's

6    the only whole city in House District 80, our

7    current Senator lives in Benton County.

8        Our current House of Representative lives

9    in Crawford County.  Our only representative in

10   Washington County is our Justice of the Peace

11   right now.

12       So I really, really hope that -- you know,

13   until I got involved in politics, I really

14   didn't understand continuous, contiguous, and

15   compactness.  But if -- it's very unfair, I

16   think, to the citizens to not have a

17   representative on a House or a Senate level;

18   but, if you're a candidate trying to represent

19   all the people, it's very difficult, very, very

20   difficult to go to multiple county court

21   meetings in different counties when it's an

22   hour apart.

23       So I really, really hope you consider that

24   because all of us want to get to know the

25   residents of those counties.

1          I live in northern Washington County.  My
2     neighbors across the creek, their House of
3     Representatives is from Springdale, Arkansas.
4          So my neighbors couldn't vote for my
5     current representatives, even though I can look
6     across the creek and see them.
7          So I do hope you consider this when you're
8     looking at all the populations.
9          JUSTICE DICKEY:  Thank you.
10          LOU REED SHARP:  They're very distinct.
11     Thank you.
12          JUSTICE DICKEY:  We are writing it down,
13     videoing it and live streaming it, but --
14          LOU REED SHARP:  I will write it down.
15          JUSTICE DICKEY:  -- if you will write it
16     down and send it, we will circulate that.
17          LOU REED SHARP:  Because I just want to
18     make it fair.
19          JUSTICE DICKEY:  And that's --
20          LOU REED SHARP:  Or heard.
21          JUSTICE DICKEY:  -- that's our goal.
22     Fairness --
23          LOU REED SHARP:  Thank you.
24          JUSTICE DICKEY:  -- and transparent --
25     transparency.

1              Yes, sir?

2              JEFF HAWKINS:  My name's Jeff Hawkins.

3       I'm the Director of the Northwest Arkansas

4       Regional Planning Commission.

5              We have done most of the redistricting for

6       cities, boards, quorum court districts for

7       counties, schools, all the school districts

8       that needed it done in Northwest Arkansas.

9              And I think Betty's probably the only

10      person here that knows that I'd been involved

11      in redistricting since --

12             JUSTICE DICKEY:  For 40 years or more,

13      yes.

14             JEFF HAWKINS:  -- the '80s, yeah.

15             JUSTICE DICKEY:  Since he was in Pine

16      Bluff, where I was.  Yes.

17             JEFF HAWKINS:  Obviously, all -- you all

18      are very familiar with -- with the purposes and

19      the principles and all that for redistricting.

20             But there's a few things, for whatever

21      it's worth, that -- that I think are important

22      that you should also consider.

23             Where possible, I think efforts should be

24      made for House and Senate boundaries to follow

25      the same lines.  Sometimes that's possible,

1       sometimes it's not.

2              There were instances where ten years ago

3       that that didn't happen.  There's no

4       consideration at all.  There were instances

5       where House lines followed a road.  The Senate

6       line was 60 feet away following a creek,

7       creates a situation where -- where the -- there

8       has to be a -- a precinct established.

9              And in that case, it was a long, skinny

10      precinct and it had little, if any, population

11      in it.

12             In fact, in Washington County, there were

13      like 20 something precincts that were

14      established that had no population.  They had

15      to be established because if you put all these

16      boundaries of all these districts on one map,

17      all these islands that are left over, if

18      absolutely everything was on the ballot,

19      there'd be at least one question different.

20             So even though there wasn't anybody there,

21      there may be a year from now.  And there'd be

22      one thing different on that ballot.

23             In Forest City, there was a House -- House

24      lines went down one street, Senate line went

25      down a block over.  There wasn't 16 people

1          involved, no reason they couldn't follow the

2          same one.  County had to go in, had to -- had

3          to create a precinct that was one block wide

4          and four blocks long.

5               And that problem was, as I said, it's

6          widespread and it creates a tremendous amount

7          of work on the county clerks and the election

8          directors.

9               County clerks sometimes, after

10         redistricting is done, has -- they have to do

11         thousands of new precinct assignments.  They've

12         got to send notifications out to every

13         registered voter that's affected.

14              And historically, the State Board of

15         Apportionment hasn't been sensitive to the --

16         to the effects of the boundaries that they

17         approve on those key officials.

18              As you know, Northwest Arkansas has a

19         significant population that needs to be

20         considered from the Voting Rights standpoint;

21         in particular, the Hispanic and the Marshallese

22         populations.  So we hope that you bear that in

23         mind.

24              Also, regarding Voting Rights, I would

25         point out that, ten years ago, the number of

1          minority/majority districts in Arkansas was

2          reduced from 13 to 11 and it ended up,

3          unnecessarily probably, in court.  And I'm sure

4          there's several groups watching for fairness in

5          that regard as well.

6               County lines should be followed where

7          possible, keeping in mind, of course, that

8          we've got about 25 cities, correct me if I'm

9          wrong, Shelby, about 25 cities that share --

10         that are in more than two or more counties.

11              And I know it's not always possible, but

12         keeping cities and counties whole is a good

13         goal to shoot for.

14              I'd also recommend following boundaries

15         that we know are always going to be a precinct

16         line.  In particular, county lines are always

17         going to be a precinct line.  Township lines

18         are always going to be a precinct line, and so

19         are school district boundaries.

20              Given the generally accepted ten percent

21         deviation for equal protection compliance, the

22         Board will have a little discretion, I think,

23         to create districts in fast-growing portions of

24         the state that have populations totals that

25         those pre -- those districts could be on the

1          lower end.

2                This goes back to the -- to the slides

3          that Shelby showed about how out of whack they

4          are.  You can take some of that into

5          consideration as you develop your plan.

6                And you know places are growing and have

7          for 20 years.  Those should be on the low end.

8          Those districts, when they're established, will

9          be valid for a longer period of time than if

10         you'd have just ignored it.  But I urge you to

11         take that into consideration.

12               So growth is relevant and -- and should be

13         taken into consideration.

14               And lastly, a little bit off the

15         redistricting trail, I would hope that the

16         Board immediately advises the state treasurer's

17         office of the new city and county populations

18         when they are released next Thursday.

19               This is the same information that's going

20         to be released, but in a less user-friendly

21         format, but it's going to be released next

22         Thursday, the 12th.  The -- those population

23         figures, they're -- they're prominent in gas

24         turn back, general turn back formulas; and, in

25         many counties, population is a key factor in

1          determining sales tax revenue distribution.

2                    And, you know, if there's less delay in

3          that, the -- the better.

4                    I'd also say that -- just -- I just wanted

5          to throw in that the Board is very fortunate to

6          have the state GIS office.  They'll help you

7          get your work done.  I hope you get it done as

8          soon as possible, so we can do ours.  Thank

9          you.

10                   JUSTICE DICKEY:  Jeff, we'd appreciate

11         your notes for free or do we need to pay you

12         for them?  Excellent suggestions.  And, you're

13         right, the GIS can -- can map anything you want

14         to map.

15                   And to be able to draw Senate and House

16         lines that lineup together is one of our goals.

17         But tremendous help you are.  And we will look

18         forward to your advice and your evaluation

19         after we prepare the maps.  Thank you for your

20         comments.

21                   Anyone else?

22                   JENNIFER STANDERFER:  I'm Jennifer Waymack

23         Standerfer.  I'm from Benton County.

24                   I want to thank you all for your service

25         because I know this is no small task and you're

1          on a tight timeline too, so thank you first.

2               I do have a couple of questions.  My first

3          is, with regard to the overlay maps that you're

4          talking about a moment ago that show the

5          physical boundaries, the administrative

6          boundaries, and the -- and the election

7          precincts, are those publicly accessible and is

8          it something we can view through a state

9          website or through our Benton County Assessors

10         GIS?  Or where do we find those overlays?

11              MR. JOHNSON:  Yes, ma'am.  I -- I do think

12         that the Benton County government has a website

13         that has some of those maps.  And then we also

14         have them available as well.

15              And you can access those by visiting

16         GIS.Arkansas.gov and then look for the menu tab

17         that says map viewers.  And then pick one that

18         you like.

19              JENNIFER STANDERFER:  Then would the new

20         proposed -- or when the proposed maps for the

21         new proposed districts come out, and I know

22         you're kind of behind the ball because you're

23         still waiting on the data, but what is -- what

24         is your expected time line between when you

25         have them drawn and when they're ready to be

1          adopted?  And what opportunity for public

2          comment is there going to be or public viewing

3          is there going to be?

4               JUSTICE DICKEY:  Simple answer is we don't

5          know.  But, you know, as soon as we can get the

6          maps drawn, and it'll -- it -- it should be

7          easier this time because of GIS and because,

8          you know, we are committed to transparency and

9          fairness and just, you know, justice, as far as

10         doing this right.

11              So as soon as we have them, they will be

12         online.

13              JENNIFER STANDERFER:  Is there any reason

14         to expect that the timeline that you're looking

15         at right now and progressing forward on would

16         conflict with effectuating the May primary?

17              JUSTICE DICKEY:  Now, you'll have to ask

18         the legislature about that.

19              JENNIFER STANDERFER:  That's a trick

20         question.  I'm sorry about that.

21              JUSTICE DICKEY:  Well, you know, we have

22         to have everything turned in by December the

23         31st --

24              JENNIFER STANDERFER:  Okay.

25              JSUTICE DICKEY:  -- but --

1          JENNIFER STANDERFER:  But you're not

2     seeing any issues with -- with meeting your

3     deadlines that you're supposed to have --

4          JUSTICE DICKEY:  Not ours, no.  Whether or

5     not that changes when the elections are, you'll

6     have to ask them.

7          JENNIFER STANDERFER:  Thank you very much.

8          JUSTICE DICKEY:  Thank you.

9          Yes, ma'am?

10          GLADYS TIFFANY:  Jennifer asked -- the

11     other part of it was, will there be a chance

12     for public comment later on?

13          JUSTICE DICKEY:  Yes.  If you'll -- if

14     you'll state your name and what county --

15          GLADYS TIFFANY:  Sorry.  I'm Gladys

16     Tiffany from Washington County.

17          JUSTICE DICKEY:  Thank you.  And the

18     question is?

19          GLADYS TIFFANY:  The question was, will

20     there be opportunity for public comment later

21     on?

22          JUSTICE DICKEY:  Absolutely.

23          GLADYS TIFFANY:  Okay.

24          JUSTICE DICKEY:  There will.  There's a 30

25     day period after -- after the Board of

1          Apportionment votes, a 30 day period.

2               But we hope before that to be able to show

3          you what we're considering and ask for your

4          input.

5               Now, whether all that works, but it --

6          there's a 30 day period before it becomes

7          effective after the Board of Apportionment

8          votes.  Any other questions?

9               Yes, sir?

10          RICHARD TIFFANY:  Yeah, I'm Richard

11          Tiffany from Washington County.  And just --

12          I'm new to -- to looking at this.

13               But people talking about precincts made me

14          wonder that there's county divisions like JP

15          districts and State divisions.  And I'm

16          assuming that you all here are working on the

17          state divisions and the county has to do their

18          own job.

19               And so I was wondering, does the county

20          draw their districts first and then you try to

21          incorporate that or do you draw yours first and

22          they try to incorporate what -- what you've

23          done?  Or -- or kind of what's the priority?

24          JUSTICE DICKEY:  Well, I think we have

25          priority.

1          RICHARD TIFFANY:  Okay.

2          JUSTICE DICKEY:  Now, we don't draw

3     anything except the Senate and the House

4     boundary lines.  Then the county clerks get to

5     start their work and the other entities.

6          DUSTIN SETON:  Dustin Seton, Washington

7     County.

8          Talking about the criteria for number

9     eight of the incumbency, is there -- is it safe

10    to say that y'all don't expect any of the 135

11    to be redrawn into districts or potentially

12    having to compete against each other?

13          JUSTICE DICKEY:  I didn't say that.

14          DUSTIN SETON:  Okay.

15          JUSTICE DICKEY:  And, you know, in fact, I

16    think I said that that is our goal because

17    these people were elected.  But we're not going

18    to be able to meet that in every instance --

19          DUSTIN SETON:  Okay.

20          JUSTICE DICKEY:  -- most likely, you know?

21    I'm still -- I don't know.

22          We don't think that -- we think there will

23    be incumbents who have to run against each

24    other.

25          DUSTIN SETON:  Okay.  And I guess a

1          comment would be, looking just at the

2          population maps between House District 93 and

3          House District 17, it was like a 15,000

4          different variance based on the last election

5          or the -- the numbers.

6              So I -- I worry that, if were using

7          incumbency as a factor, that that's further

8          perpetuating the next ten years of inequity;

9          because there is an 80 percent -- studies show

10         there is an 80 percent plus re-election rate

11         for incumbents.

12             And I feel -- fear that that continuity of

13         representation without factoring in where they

14         are, just because like looking at Southeast

15         Arkansas, you most likely will have to have

16         something looking somewhat gerrymandered to try

17         to factor in that continuity of representation.

18             And so I worry about that as a -- as a

19         constituent.

20             JUSTICE DICKEY:  That's a legitimate

21         question.  But we -- you know, our goal is not

22         to either show favoritism nor target them.  And

23         it -- it will be whatever the population

24         indicates should be drawn.  And if you see any

25         that are, like in the election ten years ago,

1          that are either -- where they've intentionally

2          drawn someone out of her district, so she just

3          moved, or you see some strange fingers or

4          gerrymandered or what we talked about in a

5          seminar recently, dummymandering, that just

6          invites a lawsuit, I don't anticipate you'll

7          see that.

8                We're not -- we're not favoring

9          incumbents.  We are -- but we are recognizing

10         that the voters elected them.

11               DUSTIN SETON:  Thank y'all for your work.

12               ANNA GOODE:  Hello.  I'm Anna Goode.  I

13         live in Benton County.

14               And, first of all, I want to say that you

15         guys have done an amazing job putting these

16         maps together.  The data is so fascinating.

17         And it's really interesting to see where the

18         different growth areas are in our state.

19               And I know that you are doing this late.

20         I saw -- I came across a last -- a map from the

21         last census and you guys were done by this

22         point in time last year.  So I understand

23         you're under a crunch.

24               JUSTICE DICKEY:  We are.

25               ANNA GOODE:  I'm wondering though, the

1          reason that you're under a crunch is partially

2          due to the coronavirus pandemic that we're

3          still fighting now, and has there been much

4          discussion about whether or not your census

5          results from this year has been as accurate as

6          it's been in the past?

7               And are you concerned that there's

8          populations that we've missed because of lack

9          of being able to be accessed, either because we

10         know our broadband isn't the best in some of

11         our more rural areas, so their ability to

12         report online might not have been as good as

13         they are in some of the more urban areas?

14              And also the lack of the staff to be able

15         to go out in the traditional manner, to go out

16         and go door to door, to be that friendly face

17         and discuss the importance of the census door

18         to door as it's been done in the past as well.

19              This year we saw a lot less people being

20         willing to even open their door because of the

21         fear of, possibly, who's this at my door, where

22         in the middle of a global pandemic, I don't

23         know them, I'm not opening it.

24              So has there been discussion about whether

25         or not our results are accurate enough to be

1          able to go forward?

2               JUSTICE DICKEY:  Those are all legitimate

3          questions and legitimate concerns.  And, yes,

4          we have talked about that.  But let me ask you,

5          what is the alternative?

6               ANNA GOODE:  True.

7               JUSTICE DICKEY:  We have a census.

8               ANNA GOODE:  These are the numbers that we

9          have, is there anything that we could -- have

10         you been able to -- sorry.  I'll talk closer to

11         the mic.

12              Have you been able to -- how are our

13         response rates this year compared to previous

14         years when it comes to -- have you been able to

15         disclose that information?  Have you reflected

16         it in previous censuses?

17              JUSTICE DICKEY:  We haven't gotten it yet.

18              ANNA GOODE:  Ah, okay.

19              JUSTICE DICKEY:  So, I mean, I -- but I

20         don't know how it will change the outcome.  And

21         if you have an idea --

22              ANNA GOODE:  I mean --

23              JUSTICE DICKEY:  -- do we throw this out

24         and start again?

25              ANNA GOODE:  Ah, I mean --

1          JUSTICE DICKEY:  Like the Olympics?  Do we
2      wait until next year?
3          ANNA GOODE:  If the results were that
4      incomplete --
5          JUSTICE DICKEY:  I think the --
6          ANNA GOODE:  -- wouldn't that be an
7      option?
8          JUSTICE DICKEY:  I don't think so.
9          ANNA GOODE:  Don't think so?
10          MR. JOHNSON:  So we -- we can get the
11      response rates.  So we -- we can know that
12      figure for Arkansas.
13          But -- but, to your point, valid points,
14      but I just want to reiterate that the Arkansas
15      Constitution requires that we use the census
16      data that we get from the U.S. Census Bureau.
17          Although we hear you, there's not an
18      alternative for us in -- in building the maps
19      and putting this together.
20          JUSTICE DICKEY:  Yes, sir?
21          DAN WHITFIELD:  Hi.  Good evening.  My
22      name is Dan Whitfield.  I'm a resident of
23      Benton County.  And I actually have a comment
24      followed by a question.
25          And I was referring to the criteria number

1          nine.  And I wanted to make it clear that you

2          don't have to have the shape of the salamander

3          or an odd sized shape of a district in order

4          for it to be gerrymandered.  You can

5          gerrymander a square.

6               Now, where it says, minimize

7          bipartisanship, I'm concerned, especially as a

8          Democratic voter.  There are two million voters

9          that are not Republicans here in Arkansas.

10               Now, we know that there was an independent

11          panel that could have been chosen to do this

12          redistricting process.  That initiative

13          received over 100,000 signatures and the

14          Secretary of State, John Thurston's office,

15          threw that off of our ballot last year.

16               JUSTICE DICKEY:  What is your question?

17               DAN WHITFIELD:  My question is -- I have

18          one more quick comment to go with my question,

19          if I may.

20               The next part of my comment is that it

21          says minimize bipartisanship, but the committee

22          is 100 percent partisan.  It's led by Jason

23          Rapert, who is very partisan.  The Board is the

24          Secretary of State's --

25               JUSTICE DICKEY:  What is your question?

1          DAN WHITFIELD:  Yes, ma'am.  I believe

2     there were at least seven other people who have

3     comments before they're questions so

4     (inaudible) much longer --

5          JUSTICE DICKEY:  I understand.  But they

6     weren't lobbying for or against someone --

7          DAN WHITFIELD:  I am not lobbying --

8          JUSTICE DICKEY:  -- or targeting or

9     showing preferential treatment.

10          DAN WHITFIELD:  I will -- would you like

11     me to ask my question before I finish my

12     comment?

13          JUSTICE DICKEY:  Absolutely.

14          DAN WHITFIELD:  My question is, how can

15     you alleviate the worries and concerns of

16     Arkansas voters that are not Republicans that

17     this will not be done in a partisan way when

18     the committee is partisan, the Board is

19     partisan, and the director, even your son, his

20     -- his name is on Tom Cotton's mortgage, who

21     donated to all of these different people, how

22     can --

23          JUSTICE DICKEY:  What does this have to do

24     with anything?

25          DAN WHITFIELD:  My question is, how can

1        you alleviate the concerns that this isn't a

2        partisan process?

3            JUSTICE DICKEY:  Let me refer you to the

4        Rucho versus Common Cause case of 2019 where

5        the Federal Court was somewhat befuddled by the

6        challenge and says that partisan gerrymandering

7        represents a political question that is not

8        justiciable in Federal Court because there is

9        no credible way to define and measure fairness

10       in a political context.

11           The U.S. Constitution doesn't guarantee

12       proportional representation of political

13       parties.  It doesn't preclude state courts from

14       hearing cases based on partisanship.

15           That, in part, may answer your question.

16       But I think -- I'm not sure when you say that

17       those of us are partisan in what -- how we draw

18       something, that's a skewed, unfair statement to

19       begin with.

20           DON WHITFIELD:  Is there one Democrat

21       standing in front of me?

22           JUSTICE DICKEY:  I don't -- I don't want

23       to get into --

24           DON WHITFIELD:  I under -- no problem.

25           JUSTICE DICKEY:  No.  I --

1          DON WHITFIELD:  A very easier question
2     that's not so partisan.
3          JUSTICE DICKEY:  No, no, no.  That's a --
4     that's a -- that's a cheap shot.
5          DON WHITFIELD:  That's not my intention,
6     ma'am.
7          JUSTICE DICKEY:  You're assuming that
8     because we belong to one political party or
9     another, and I've been in both, in both
10    parties, so I don't -- you know, they're both
11    flawed.
12         DON WHITFIELD:  I was a registered
13    Republican --
14         JUSTICE DICKEY:  But -- no.  I mean --
15         DON WHITFIELD:  -- for 12 years.  I
16    understand.
17         JUSTICE DICKEY:  -- no.  You state -- I'm
18    not -- I'm not through talking.
19         DON WHITFIELD:  Okay.  Yes, ma'am.
20         JUSTICE DICKEY:  To assume that these
21    people can't be fair or transparent and make
22    their recommendations to the three people who
23    vote is an unfair and prejudicial statement.
24         Now, unless there's something else for you
25    to say, we're live streaming --

1          DON WHITFIELD:  Yes, ma'am.

2          JUSTICE DICKEY:  -- we're videoing, you're

3     videoing --

4          DON WHITFIELD:  I'm live streaming as

5     well.

6          JUSTICE DICKEY:  -- I don't, you know --

7     if there's -- if there's nothing else, we're

8     through.

9          DON WHITFIELD:  You referred earlier to

10    having another 30 day period --

11         JUSTICE DICKEY:  No.

12         DON WHITFIELD:  -- after the maps are

13    drawn that will have public comment.

14         JUSTICE DICKEY:  Is that a question?

15         DON WHITFIELD:  Yes, ma'am.

16         JUSTICE DICKEY:  Yes.  Yes.

17         DON WHITFIELD:  Will you be doing the same

18    thing, touring the state to give the population

19    kind of --

20         JUSTICE DICKEY:  We will give people who

21    want input a chance.  Now in what format --

22         DON WHITFIELD:  Will it only be available

23    online?

24         JUSTICE DICKEY:  -- whether it will be a

25    PBS interview of us --

1          DON WHITFIELD:  Okay.  No problem.

2          JUSTICE DICKEY:  -- or not --

3          DON WHITFIELD:  And I appreciate you

4     taking the time with my hard question.

5          JUSTICE DICKEY:  It's not a hard question.

6          DON WHITFIELD:  Would you consider --

7          JUSTICE DICKEY:  It's a partisan question.

8          DON WHITFIELD:  -- touring the state again

9     once the maps are drawn so we can see the

10    different drawings during that 30 day period?

11         JUSTICE DICKEY:  I hope that we will have

12    the time to do it.

13         We will show it, whether it's online, on

14    PBS or in some format, yes, the public will

15    have a chance to look at it and have more

16    input.

17         DON WHITFIELD:  Okay.  I will be looking

18    forward to it.  Thank you, Justice Dickey.

19         JUSTICE DICKEY:  Any other questions?

20         CHRIS LATTERER:  Good evening.

21         JUSTICE DICKEY:  Good evening.

22         CHRIS LATTERER:  How are you guys?

23         JUSTICE DICKEY:  Doing great.

24         CHRIS LATTERER:  Looking good.  You guys

25    are doing a great job, by the way.

1          JUSTICE DICKEY:  Okay.

2          CHRIS LATTERER:  My name is Chris

3     Latterer.  You guys are doing a great job.

4     Appreciate you.

5          JUSTICE DICKEY:  Thank you.

6          CHRIS LATTERER:  I really don't have a

7     question.  It's more -- more of a statement.

8     Mr. Whitfield stated a second ago that he was

9     unhappy with the lines.

10          If he would recall ten years ago, it was

11     Democrats that drew the lines 100 percent.  So

12     I just wanted to thank you guys for that, for

13     being bipartisan, for being fair, taking this

14     in a fair manner.

15          JUSTICE DICKEY:  Thank you.

16          Anything else?  We're glad you came.

17     We're glad you made comments.  We have one

18     more.

19          Yes, ma'am?

20          UNIDENTIFIED SPEAKER:  I'm new to this

21     process too.  And --

22          JUSTICE DICKEY:  So am I.

23          UNIDENTIFIED SPEAKER:  So I -- and so, you

24     know, I learned a lot tonight.  And it's been

25     very helpful.  Thank you.

1          JUSTICE DICKEY:  Thank you.

2          UNIDENTIFIED SPEAKER:  The question in my

3     mind though is like, you know, how -- what is

4     the process like that -- like you -- you're

5     doing work in the background and I'm seeing the

6     way -- it's -- it's reassuring to me to kind of

7     see the way that it's not just three people

8     making a decision for the state, that --

9          JUSTICE DICKEY:  Yes, ma'am.

10         UNIDENTIFIED SPEAKER:  -- they have a lot

11    of support in the background trying to help

12    them put all the pieces together, do all this

13    public comment periods and stuff.

14         So what happens then between now and the

15    time that they are actually making their

16    decision?  What -- is there a trajectory that

17    maybe that -- that's explainable?

18         JUSTICE DICKEY:  We have the eight

19    meetings that I think you -- you can see over

20    there and -- and get input from all parts of

21    the state and post it online.

22         After we get the information in a format

23    we can understand it, or some of us can,

24    whether it's August the 12th, the 16th, or some

25    time between then and when it is in a

1          formatable, understandable form that most

2          people can see it and understand it, September

3          the 30th, when the -- the Federal Census

4          results are in.

5               Then we immediately start working on

6          drawing the lines with the comments, with the

7          consideration from the people in the -- the

8          different areas.

9               Hopefully, that's done in a month or two.

10         We don't know.  I mean, it depends on how many

11         arguments we get into, I guess, over, you know,

12         which line should prevail.  But then we'll get

13         it to the Board of Apportionment to vote on.

14              There's a 30 day waiting period and we

15         have to have all this done by December 31st.

16         So that's the time frame we're working under.

17              UNIDENTIFIED SPEAKER:  Finished by

18         December 31st.  And the legislature doesn't

19         really weigh in on this.

20              JUSTICE DICKEY:  Well, they're the ones --

21         no.  They don't get to weigh in on this because

22         we're drawing the lines that determine where

23         they run for office.

24              You're welcome.  Anything else?

25              Again, you've been very helpful as far as

1          things that we need to consider, especially

2          Jeff Hawkins has been helpful.  So -- thank you

3          all though.

4               And we look forward to more input from you

5          before and after we post the maps, the

6          suggestions.  Thank you very much for coming.

7                    (End of Recording)

8               *  *  *  *  *  *  *  *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                **C E R T I F I C A T E**

2  STATE OF ARKANSAS     )
                         )
3  COUNTY OF PULASKI     )

4      I, CRIS M. BRASUELL, Certified Court Reporter and
   Notary Public do hereby certify the proceedings which
5  appear in the foregoing pages contain a true and correct
   record of the testimony given by said witness held to the
6  best of my ability, along with all items of evidence
   admitted hereto.

7
       I FURTHER CERTIFY, that I am not a relative or
8  employee of any attorney or employed by the parties
   hereto, nor financially interested or otherwise, in the
9  outcome of this action, and that I have no contract with
   any parties within this action that effects or has a
10 substantial tendency to affect impartiality, that
   requires me to relinquish control of an original
11 transcript or copies of the transcript before it is
   certified and delivered to the custodial attorney, or
12 that requires me to provide any service not made
   available to all parties in the action.

13

14     WITNESS MY HAND AND SEAL this 4th day of October,

15 2021.

16

17

18          _Cris M. Brasuell_
            CRIS M. BRASUELL, CCR
19          Arkansas State Supreme Court
            Certified Court Reporter No. 742
20

21

22 My Commission Expires:
   August 16, 2031
23

24

25

CRIS M. BRASUELL, CCR
BUSHMAN COURT REPORTING