# EXHIBIT 6

1

2

3

4

5

6

7

8

9

10

11

12          BOARD OF APPORTIONMENT

13          October 29, 2021
               10:30 a.m.

14

15

16

17

18

19

20

21

22

23

24          Arkansas State Capitol
               Little Rock, Arkansas

25

CRIS M. BRASUELL, CCR
BUSHMAN COURT REPORTING

# P R O C E E D I N G S

1
2    GOVERNOR HUTCHINSON:  Good morning to
3    everyone.  I am now calling this meeting of the
4    State Board of Apportionment to order.
5        And we have a number of items of business
6    today.  I want to start with our opening
7    comments and certainly invite Secretary of
8    State John Thurston and Attorney General Leslie
9    Rutledge to make comments.
10       And then we'll have the minutes reviewed.
11   As you can see from the agenda from the last
12   meeting, we will recognize Betty Dickey,
13   Justice Betty Dickey, who has done an
14   extraordinary job as our redistricting
15   coordinator this year.  And we thank you for
16   your service and we look forward to your
17   comments shortly.
18       Today, the primary purpose of our
19   gathering is to consider draft redistricting
20   maps.  These have been prepared based upon the
21   priorities set by the Board and established by
22   law; and also based upon the public comments
23   and the excellent work of the staff.
24       That includes the staff of the Attorney
25   General's office, Secretary of State, and the

1          Governor's office as well.

2               And I believe Director Dickey will be

3          recognizing them separately; but I wanted to

4          express my personal thanks to them for their

5          hard work.

6               And it has been very important, the work

7          of the staff with Director Dickey, in having

8          eight public meetings across the state of

9          Arkansas.  That gave every citizen an

10         opportunity to express themselves.

11              We've received, of course, other comments

12         through our website and through letters and

13         correspondence and we thank the public for

14         giving the viewpoints of the community in

15         reference to this redistricting process.

16              I believe Director Dickey will go through

17         some of the standards that we have to follow by

18         court guidance as well as by law.

19              I wanted to emphasize one thing from the

20         very beginning; that is, I looked at these

21         maps, an area of concern has always been the

22         majority-minority districts.  And I wanted to

23         make sure, as we reviewed these and went

24         through the process, that those

25         majority-minority districts do not decline,

1     because that is a key part of our important

2     efforts historically to improve access and

3     representation of our free access for our

4     minority populations.

5          And so I was pleased with the map that

6     will be presented on the House side, we'll go

7     from 11 majority-minority districts to 13.

8          And, as part of this, we'll have the first

9     in history majority Latino district in

10    Northwest Arkansas.

11         And so all of that combined would give us

12    13 majority-minority districts.  The Senate map

13    would remain at four.

14         But this is historic in nature in terms of

15    access and making sure that we continue equal

16    access by all populations of our state.

17         With that, let me recognize the Attorney

18    General for her comments followed by the

19    Secretary of State.

20         ATTORNEY GENERAL RUTLEDGE:  Thank you,

21    Governor.

22         And, as Governor aptly noted, this has

23    been an incredible process and I want to say

24    thank you to all of our redistricting teams for

25    their hard work over the last several months.

1          I particularly want to say thank you to

2     Andy Davis, Doug House, Devyn Young, and Brad

3     Nye from the Attorney General's office in

4     helping me to negotiate all of this information

5     and to put it in front of me and to work

6     collaboratively with all members of staff and

7     Former Chief Justice Dickey to put these

8     proposed maps together that we will see

9     shortly, consider all the information, and to

10    attend those eight meetings across the state.

11         I too found it very important and exciting

12    that these maps will reflect an increase in

13    majority-minority districts in the state of

14    Arkansas.  This speaks volumes for the work

15    that we have put into this effort, our teams

16    have put into this effort.

17         It's important also that, historical note,

18    that we are reflective of our population growth

19    in Northwest Arkansas; in particular, having

20    the first Latino majority-minority district in

21    the state.

22         We are going to continue, I believe, as

23    projection occur, to see this population

24    increase in Arkansas.  And these maps reflect

25    that.

1          We will be prepared for any challenges and
2     we welcome the opportunity for discussions.
3          But it has been a remarkable last few
4     months after we have gotten the numbers before
5     us.  And so a big thank you to all of those who
6     worked on it.  And thank you to not only the
7     law makers, but in particularly, the citizens
8     of Arkansas who took time to contact us, to
9     attend those meetings across the state, to file
10    comments with regard to your thoughts on
11    redistricting.
12         Because, ultimately, that's who we need to
13    hear from, are the people that are impacted,
14    and to make sure that we are doing our job and
15    holding us accountable.
16         So thank you to everyone for taking the
17    time to make those comments.
18         GOVERNOR HUTCHINSON:  Secretary.
19         SECRETARY OF STATE THURSTON:  Thank you.
20    I don't think there's much I can add except
21    this process was much more challenging than I
22    anticipated.
23         I know, leading up to this process, it
24    sounded like a lot of fun and it was exciting.
25    But, once you dive into this and you see the

1        population shifts, you have communities of

2        interest to consider, you have incumbents to

3        consider, you have so many variables that go

4        into producing a meaningful map.

5            And I will say this.  There are no perfect

6        maps.  There will never be a, quote, perfect

7        map; because I don't know if that even exists

8        because we all have different thoughts on what

9        a perfect map would look like.

10           But I will say that this.  The maps that

11       we're proposing today took a tremendous amount

12       of hours from staff from each departments, our

13       agencies, and we put a lot of thought into it.

14           And so it wasn't just something that was

15       just thrown together.  Public comments were

16       considered.  There was, like I said, a lot of

17       variables considered.  But there's also a lot

18       of omitted variables that we may never even

19       know that exists.

20           That's to my point.  There's no perfect

21       map.  But I do hope that this is something

22       that, like I said, is meaningful.

23           And I do want to thank Betty Dickey for

24       your hard work.  Shelby Johnson and your team,

25       they put in a lot of hours, and also the

1          Governor, Attorney General and their staff,

2          and, of course, my staff over the past several

3          months, all the work that they put into it.

4               So, again, thank you so much.  I don't

5          know that I ever want to go through this again;

6          but, again, hopefully, it's something that the

7          state can be proud of.

8               GOVERNOR HUTCHINSON:  Thank each of you.

9               And, with that, we have before us the

10         minutes of the June 7, 2021 meeting.

11              Is there a motion to approve and adopt

12         those minutes?

13              ATTORNEY GENERAL RUTLEDGE:  So moved.

14              GOVERNOR HUTCHINSON:  With that, all in

15         favor say aye.

16                  (Aye by all members.)

17              GOVERNOR HUTCHINSON:  Motion carries

18         unanimously.

19              And then we also have before us the

20         transcripts of the statewide public hearings

21         which, again, Director Dickey will recite as to

22         where those occurred, eight of those.

23              But is there a motion to adopt the minutes

24         of the statewide public hearings as part of our

25         official record as well?

1          SECRETARY OF STATE THURSTON:  So moved.

2          GOVERNOR HUTCHINSON:  And, with all that,

3     all say aye; or opposed -- all in favor say

4     aye.

5               (Aye by all members.)

6          GOVERNOR HUTCHINSON:  Missed my cue there.

7     I'll wake up here in a minute.

8          So that passes, the adoption of the

9     minutes from those hearings.

10          And, with that, let me turn the floor over

11     to Director Betty Dickey to discuss the process

12     that we went through, the legal requirements,

13     but also disclose the maps and your

14     recommendation.

15          JUSTICE DICKEY:  Thank you, Governor,

16     Attorney General, Secretary of State.

17          Let me first introduce you to those

18     involved in the process, all of them.  And I

19     ask them to stand until I finish the list.

20          From the Governor's office, Andres Rhodes,

21     Nicholas Ortiz, he's here joining us, and Rett

22     Hatcher.

23          From the Attorney General's office, if you

24     will still continue stating, Brad Nye, Doug

25     House, Andy Davis.

1          From the Secretary of State's office,

2     Kevin Niehaus, Kenneth Burleson, Richard

3     Bearden, and Megan Earnhart who ran and managed

4     the website; and our Geographic Information

5     Services Director and his staff, Shelby

6     Johnson.

7          My administrative assistant who has worked

8     three jobs, she is on loan from the secretary,

9     sorry, from the Attorney General's office, and

10     is a law student.  And she has basically

11     answered every letter, posted every comment

12     with Megan's help during the process.

13          These are the people who have worked hard,

14     who are brilliant and determined to follow the

15     goals that we set, the criteria that we have,

16     and deserve our gratitude, our thanks, and the

17     respect of the public.  Thank you.

18          Do we have the criteria poster?  And we

19     conducted eight meetings, as this map reflects,

20     throughout the state so that everyone could be

21     informed and educated, as far as the process,

22     so that they could state their problems with

23     their own district or their concerns, which

24     were taken back to the principals and to their

25     staff.

1          We learned a lot.  And I think that the

2     people who came did.  They were from all walks

3     of life.

4          In one of the meetings, we had a man, an

5     elderly man, dressed in overalls who was

6     barefoot with a long beard, and he said I just

7     came to understand what y'all are doing.  And

8     that was the feeling with so many of them.

9          And there were incumbents who came to

10     listen to what their constituents wanted.

11     There were people who were there who are better

12     educated, certainly than I, who had input.

13          So we asked for -- in the first ever

14     transparent set of meetings, we asked for what

15     are your concerns, how can we educate you on

16     this.

17          And we took with us a set of eight, nine

18     criteria.  Eight meetings, nine criteria.  And

19     they were based on federal and state laws, our

20     Constitution, the NCSL, that's National

21     Conference of State Legislature's redistricting

22     laws handbook.

23          And those are -- do we have those?  No.

24     Those will be here eventually.  I did not

25     particularly want to read those to you.

1      Everyone who went to the meetings or saw

2      them live streamed or saw them archived and

3      were able to see them later heard these.

4          I think any of these men who were with us

5      at the meetings answered the questions and know

6      these criteria by memory.  But I will go over

7      them briefly for you.

8          The first one of the first obligation we

9      have is to create a substantially equal

10     district everywhere.  And, of the 3,011,526

11     people, the House districts should each have

12     substantially 30,115 people.  The Senate,

13     86,044 people.

14         There is generally accepted as

15     substantially equal what's called a plus or

16     minus deviation.  That amounts to a 10 percent

17     deviation because it can be five above, five

18     below.

19         In 2011, that deviation in the House was

20     8.36; and their Senate, 8.2

21         In 2021, the deviation is 7.9 in the House

22     and 4.99 in the Senate.

23         The second challenge is, in 2011, the

24     Senate minority districts had been reduced from

25     five to four.  They are still, in 2021 at four;

1          but that was no -- there was no reduction in

2          the Senate house -- Senate minority districts.

3               In the House minority district, they were

4          reduced from 13 to 11 by that Board of

5          Apportionment.

6               In 2021, we added one African minority,

7          African-American minority district, and one

8          Latino or Hispanic minority district.  So we've

9          added two majority-minority districts.

10               The third challenge, the third goal, is

11          the Equal Protection Clause which sets out --

12          under the 14th Amendment, it limits the

13          redrawing of strict boundaries strictly based

14          on race.  That was not done.  It was based on

15          population and complied with the VRA, Voters'

16          Rights Amendment of 1965.

17               The fourth challenge is one of

18          compactness.  These are geographical features

19          such as rivers, highways, national forests,

20          that we consider in the drawing of districts.

21               In 2011, the variation was .27 for both

22          the House and the Senate.  In 2021, it's .31

23          for the House, .32 for the Senate.

24               As to contiguous or common -- no islands,

25          no partial districts.  All districts were and

1        are contiguous.

2              Number six is the core of existing

3        districts.  To the extent possible, we

4        maintained the existing districts.

5              Our goal was not to divide up counties

6        which was, unfortunately, not able to totally

7        achieve.  But there were -- the whole counties

8        and House districts in 2011 were 13.

9              This year, we have maintained whole

10       counties in 22 of the counties; which is almost

11       double what was done in 2011.

12             In the Senate, there were 37 total

13       counties.  And, this year, there are 42.

14             Communities of interest is another of the

15       goals and concerns.  Those are such as keeping

16       intact Air Force bases, college campuses,

17       industrial areas; which were kept whole to the

18       extent possible.

19             Continuity of representations; this year,

20       there is one House -- there are no Senate races

21       in which incumbents run against each other.

22             And the purpose of the continuity of

23       representation is that these people were

24       elected and it is not -- it is our attempt to

25       avoid making them run against each other

1    because they are -- they reflect the will of

2    the voters.

3          In the House seat, there is one race in

4    which incumbents are pitted against each other.

5    Those are two Republicans -- there are three in

6    one race.  Two Republicans and one Democrat.

7    That is in the southeast corner of the state, I

8    believe.

9          And, finally, to minimize partisanship;

10   that is the commitment to not target nor give

11   preferential treatment to anyone because of

12   political races to avoid gerrymandering, weird

13   shapes to districts.

14         And I have to first admit that there was

15   no gerrymandering.  There are weird shapes to

16   counties; therefore, there are weird shapes to

17   districts.

18         But, in the eight hearings we conducted

19   around the state, as far as transparency and

20   minimizing partisanship, PBS live streamed

21   every one of them and archived them so that

22   anyone who wanted could see them later and is

23   present today to live stream this meeting as a

24   way of telling everybody what the process was

25   going on and how they could participate in it.

1          We invited public comments to the website

2    which Megan oversaw.  We responded to all

3    letters, all inquiries directed to the Board

4    and posted them on the website, including

5    letters from the ACLU, Indivisible, and the

6    NAACP.

7          There was no targeting, no preferential

8    treatment to either political party in this

9    endeavor.  There was no loading of political

10   data into the computer so that we would even

11   know how the political breakdown was.

12         I have quickly tried to go through the

13   poster that I think has now been put up for

14   you.

15         We have invited questions everywhere.

16   We've been -- so everyone has already had an

17   opportunity to ask about this criteria or to

18   make comments.

19         And so, with that, I can tell you I am

20   very proud of the people I worked with, very

21   happy with the job we've done.  We have

22   achieved more than any other Board of

23   Apportionment as far as meeting these goals.

24         And I turn it back over to you.  Thank

25   you.

1          GOVERNOR HUTCHINSON:  Thank you, Justice

2     Dickey.  Thank you for your work and the

3     coordination, your presentation today.

4          And, at this point, the Coordinator Betty

5     Dickey and the staffs of the Attorney General,

6     Secretary of State, and Governor's office are

7     making two recommendations to the Board of

8     Apportionment for review.

9          The first recommendation is the proposed

10    House map.  And the second is the proposed

11    Senate map.

12          And I will go through, later, the

13    timeframe; but the purpose, I would hope, today

14    is to accept these for public comment.  They

15    will be accepted with the discussion of the

16    Board of Apportionment, and then we'll have 30

17    days for the public to comment on these before

18    they would be finally considered later.

19          But, at this point, what is the pleasure

20    of the Board in reference to the House map?

21          ATTORNEY GENERAL RUTLEDGE:  Mr. Chairman,

22    I move that we accept the proposed map for the

23    Arkansas House of Representatives.

24          GOVERNOR HUTCHINSON:  And is there a

25    second?

1           ATTORNEY GENERAL RUTLEDGE:  Second.

2           GOVERNOR HUTCHINSON:  And motion seconded;

3      all in favor say aye.

4              (Aye by all members.)

5           GOVERNOR HUTCHINSON:  The motion carries

6      to accept the House map.

7           Is there a motion in reference to the

8      Senate map?

9           SECRETARY OF STATE THURSTON:  Governor, if

10     I may, before I make the motion, just so

11     everyone knows that these maps will be on

12     Arkanasredistricting.org as soon as this

13     meeting is over.

14          So there will be -- I don't know if it's

15     been mentioned yet.  Just wanted to make sure.

16          So I move we accept the proposed map for

17     the Arkansas Senate.

18          This map should go out for public comment

19     for 30 days.  The map will be reconsidered by

20     the Board of Apportionment after 30 days of

21     public comment and technical review by Arkansas

22     GIS office.

23          GOVERNOR HUTCHINSON:  And is there a

24     second to that motion?

25           ATTORNEY GENERAL RUTLEDGE:  Second.

1          GOVERNOR HUTCHINSON:  All in favor say

2    aye.

3               (Aye by all members.)

4          GOVERNOR HUTCHINSON:  Motion unanimously

5    carries.

6          So let the record reflect that both the

7    House and Senate map, as recommended, has been

8    unanimously accepted by the Board of

9    Apportionment.

10          And, as Secretary of State has indicated,

11    let me go through the timeline.  So, today, we

12    have accepted these two maps for public

13    comment.  And so we will accept public comment

14    on these for the next 30 days.

15          And November 29th is designed that the

16    Board of Apportionment will reconvene to

17    consider any public comments.

18          And, if there's not any objections or

19    concerns that have been expressed that need to

20    have adjustments, then we would hopefully have

21    final approval of those maps.

22          And then, under the law, there's a period

23    that there could be legal challenges filed from

24    November 29th to December 29th.

25          And, hopefully, if that does not take

1        place or when they're resolved, the maps would

2        become official, if there are no legal

3        impediments on December 30th of 2021.

4            That's been the timeframe we have set.  We

5        obviously had some delays early on because of

6        waiting to get the full census data.

7            But they worked very diligently, the staff

8        and our coordinator, once we received that

9        information.

10           And that's a timeline that we've tried to

11       stick with because we know the clerks' offices,

12       we know the candidates all have to make

13       decisions coming up.  We wanted to get this

14       done as soon as possible.

15           With that action, I want to ask if there's

16       any other discussion or comments from the

17       Board.

18           SECRETARY OF STATE THURSTON:  I'm good.

19       Thank you so much for, you know, hiring me to

20       do this job.  It's been an absolute honor.

21           Again, it's -- it was challenging.  I'll

22       be honest with you.  It's not as easy as just

23       moving lines around; so much to consider.

24           But it has been an extreme honor; so I

25       just want to thank Arkansas for giving me this

1       privilege.  So thank you.

2            ATTORNEY GENERAL RUTLEDGE:  Thank you to

3       both members of the Board of Apportionment and,

4       again, to all of the staff of our respective

5       offices and the Board of Apportionment for

6       working diligently.  It's a very complicated

7       process.

8            And, as you all are reviewing these

9       proposed maps, as we are over the next month,

10      and providing comments, we look forward to

11      those.

12           Please keep in mind that our team and,

13      certainly my team, led by Andy Davis, has done

14      incredible work to make some historical points

15      and to make these maps even stronger than what

16      we've had previously.

17           And that's why you see that very low

18      deviation on these maps versus what they were

19      in 2011.  We're very proud of that, to make

20      sure that Arkansans are equally represented.

21           The one district that Justice Dickey

22      mentioned that has three incumbents running in

23      it, it is important to note that that is a

24      majority-minority district.  That is one of

25      those 13 majority-minority districts that was

1          created as well.

2              And, when we looked at some open seats

3          where there are not incumbents or new

4          districts, you will notice that, in the

5          northwest side of the state where we have

6          experienced tremendous growth, that there is

7          one in Crawford County that goes up into

8          Washington County, we are considering or we are

9          noting, also, that there's tremendous growth

10         also in the Faulkner County area, that we have

11         had parts of Arkansas that have grown and other

12         parts more so than others, and we've lost

13         population in part of our state.

14             You know, ideally, we're going to see

15         population continue to grow across Arkansas;

16         that all of those things were taken into

17         consideration with our staff as they put these

18         maps in front of us.

19             And, again, I think it's remarkable, what

20         we have accomplished in terms of having more

21         majority-minority districts.

22             In particularly, I'm excited that we have

23         our first majority-minority Latino district on

24         the map in Arkansas.

25             So, with that, I appreciate the work of

1     all of the Board of Apportionment and our

2     staff.  So thank you again.

3          GOVERNOR HUTCHINSON:  Thank you, General

4     Rutledge; and thank you, Secretary Thurston.

5     It has been an honor to work with both of my

6     colleagues on this Board of Apportionment.

7          And I want to also recognize Bill Gossage,

8     my Deputy Chief of Staff, who's helped

9     coordinate my team on this effort.  The others

10    have been recognized and I'm grateful to all of

11    them.

12         And, finally, as the communities look at

13    these maps, you're going to say, well, I wish

14    it could have been a little bit different.

15    Well, just remember that whatever change would

16    be made to accommodate that will impact, have a

17    ripple effect across the state.

18         And so that usually is the reason that we

19    could not do it just perfectly for one

20    community; because we had to look at the entire

21    state and the population shift.  So just keep

22    that in mind.

23         I think that everybody has done an

24    extraordinary job in the population variance

25    but also in protecting communities of interest.

1        And we look forward to the feedback
2    though.  It might always be something we miss
3    and that's the reason we want to be
4    transparent, we want to have another 30 days
5    for public comment on this.  Shucks, even
6    Legislators might have a comment here or there
7    about that.  I don't know.  But we will look
8    forward to receiving that.
9        And so, if there's not any other business
10   before the Board, I would recognize a motion to
11   adjourn.
12        ATTORNEY GENERAL RUTLEDGE:  So moved.
13        GOVERNOR HUTCHINSON:  With that, not
14   debatable, all in favor say aye.
15            (Aye by all members.)
16        GOVERNOR HUTCHINSON:  And motion carries.
17   This meeting is adjourned.
18        And I want to thank the public and
19   everybody for your active participation and
20   your review of this.  Thank you.
21        (WHEREUPON, the proceedings were concluded
22   in the matter at 11:01 a.m.)
23            * * * * * * * *
24
25

# C E R T I F I C A T E

STATE OF ARKANSAS    )
                     )
COUNTY OF PULASKI    )

    I, CRIS M. BRASUELL, Certified Court Reporter and Notary Public do hereby certify the proceedings which appear in the foregoing pages are the proceedings taken by me verbatim through the use of the voice-writing method and was thereafter reduced to typewritten form under my supervision; that the foregoing pages contain a true and correct record of the testimony given, held to the best of my ability, along with all items of evidence admitted hereto.

    I FURTHER CERTIFY, that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested or otherwise, in the outcome of this action, and that I have no contract with any parties within this action that effects or has a substantial tendency to affect impartiality, that requires me to relinquish control of an original transcript or copies of the transcript before it is certified and delivered to the custodial attorney, or that requires me to provide any service not made available to all parties in the action.

    WITNESS MY HAND AND SEAL this 2nd day of November, 2021.

_Cris M. Brasuell_
CRIS M. BRASUELL, CCR
Arkansas State Supreme Court
Certified Court Reporter No. 742

My Commission Expires:
August 16, 2031

CRIS M. BRASUELL, CCR
BUSHMAN COURT REPORTING