# EXHIBIT 10



Kathy Wells

proposed House District # 63 packs minority voters combining West Memphis and Forrest City voters to create a district with 59 % minority voters, by wiping out the separate communities of interest in West Memphis and Forrest City. then District 37 is created with only 32 % minority voters. this is racial gerrymandering and should not be allowed. This breaks the Do Right Rule. and it fails to follow criteria stated for this process.





Helen Wesson
Mcgehee, Arkansas 71654
Desha County
I am very concerned about how Desha County is being split into four house districts.  We have always
personally known our State Representative and we are very concerned that someone who has no ties
whatsoever to Desha County will be representing us in the future.  I am on the City Council and a past
President of the McGehee Chamber of Commerce so I know how important it is to our city to have
good representation.  I believe we are the only county being split like this, it not please correct me.  I
hope politics is not helping you make this decision since Desha County normally supports Democratic
candidates.  This should not be a political issue, but an issue on what is best for Desha County.


Helen Wesson
Mcgehee, Arkansas 71654
Desha County
I commented last week but feel the need to do so again.  No one in leadership in Desha County was
contacted about splitting our house district into four districts.  How can we make comments if we are
not aware of what is happening???  I am so disappointed that our state leadership is doing this without
notifying anyone.  The McGehee Mayor nor out County Judge was notified.


Mark McElroy
Tillar, Arkansas 71670
Desha County
Desha and Chicot counties minority representation was reduced from over 50 percent to just over 30
percent. Desha County with a population of 13000 was split four ways. How many counties were
divided four ways? How many times have three incumbents been combined into one district in the
history of redistricting? I just want to congratulate the board of reappointment for the best example of
gerrymandering in modern history. I realize I am wasting my time sending this comment, but the
citizens of these Counties deserve better representation than this for the next ten years. Each one of
you know in your heart this is just wrong!   Mark D. McElroy


Mitch Grant
McGehee, Arkansas 71654
Desha County
I understand a county like Pulaski having to to be split into different districts, as each Representative
should represent approximately 30,000 people.  However, to split Desha County up into four different
districts lacks common sense and logic.  With slivers of four different districts being pushed into our
County,  we will never have a Representative from Desha County again!  There has to be a better way
to treat us people in the rule Southeast Delta.  I am in Desha County, because I choose to be.  It is my
home, and I work hard to make my County better.  Your redistricting plans will be a "gut punch" for the
residents in Desha County.


Albert Murphy
Mc Gehee, Arkansas 71654
Desha County
What exactly is going on with splitting Desha county up into 4 different districts.  We are already low in
population and splitting us up into 4 different districts will further dilute our voting power.  This is
wrong, and the way it is split up, I really do not think it would with stand a law suit.  We have a hard
enough time getting  officials to  come listen to us and our problems in the delta, and the way it is split,
there is no way we will be getting any one down here to listen to us.

steve montgomery
mcgehee, Arkansas 71654
Desha County
As an elected official of McGehee, and a past decades-long member of the McGehee School Board, I would like to urge you to reconsider dividing Desha County into multiple and separate voting districts. Certainly we can find a way to redistrict Desha County, or at the very least, most of Desha County into the same voting district.  Decades of common interest and cohesion among the residents here should not be discarded in the interest of expediency.  Many of us fear that dividing us and placing us into four separate State House districts effectively silences our voices when it comes to asking for representation that is focused on our geographic area.  Please reconsider.

Shunqetta Cunningham
Jonesboro, Arkansas 72404
Craighead County
I often wonder the day when certain men and women in leadership will do the right thing for all people.  Today isn't that day with the proposed redistricting maps. Your proposal for the Jonesboro community places the Minority Community into an arbitrary divide in 4 districts, an obvious attempt to dilute the voting power of our groups. They are being combined with rural community, which are super-majority white communities, on all 4 sides of the Jonesboro center. From a voting perspective, it would be almost impossible for a person of color to get elected to the State Legislature from Jonesboro area.  This is an obvious attempt to make red districts more secure.

Sincerely,
Shunqetta

Kymara H Seals
Pine Bluff, Arkansas 71603
Jefferson County
I'm sure you are unaware, but you have marginalized the political power of racial and ethnic groups which creates racial equity challenges for us, the Black population. The gerrymandering of these maps is troubling and heartbreaking.  Communities of interest are divided- urban and rural precincts have been put together, minority and largely white precincts have been put together which is cracking.

The Black population is 16.5% but we only have 11 majority Black House Districts out of 100.  According to the VRA of 1965, the number of majority minority districts should be proportional to the share of population so we should have 16 majority Black House Districts. How can this be rectified?

Myra Cingolani
MC GEHEE, Arkansas 71654
Desha County
I have lived in McGehee, located in Desha County, all my life, only leaving 6 years to attend college and graduate school. I am greatly disheartened and frustrated at the decision to divide Desha County into four separate State House districts. The reasoning behind such a move remains unclear at best. Because the redistricting will affect the minority community in our area, the proposal to divide seems discriminatory. The standard of redistricting that would maintain "geographically compact districts" doesn't hold water since a portion of Desha County would extend hundreds of miles north past Marianna.  Lastly, why are we the only rural county to be divided four ways? Again, discriminatory!

James N. Moore
Magnolia, Arkansas 71753
Columbia County
I as a minority voter do not appreciate the fact that you have minimized our voice in the political arena
of the state of Arkansas.  I would definitely appreciate it if you  would change it to where Mr. David
Fielding and other Minority Members of the House and Senate can properly represent us in the
political arena.  This can be done by creating more minority majority districts for our Minority Repre-
sentatives to represent the Minorities in the state of Arkansas.

