**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| **THE ARKANSAS STATE CONFERENCE NAACP,** *et al.* | **PLAINTIFFS** |
| v. | Case No. 4:21-cv-1239-LPR |
| **THE ARKANSAS BOARD OF APPORTIONMENT,** *et al.* | **DEFENDANTS** |

**PLAINTIFFS' MOTION TO ADMIT ANGELA M. LIU, *PRO HAC VICE***

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Angela M. Liu, moves this Court for an Order admitting Angela M. Liu, *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

Angela M. Liu is a member in good standing of the Bars of the State of Illinois and the State of New York, and an inactive member of the Bar of the State of Missouri; is admitted to practice in the United States District Courts for the Northern District of Illinois, the Southern and Eastern Districts of New York, the Eastern District of Wisconsin, and the District of Colorado; the United States Courts of Appeal for the Second, Seventh, Eighth, and Tenth Circuits, and The Supreme Court of the United States. She is not admitted to practice in the United States District Courts in Arkansas. Her office address is: Dechert LLP, 35 West Wacker Drive, Suite 3400, Chicago, IL 60601.

Under Local Rule 83.5(d), Angela M. Liu designates me, Gary Sullivan, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

1

Gary Sullivan
ACLU of Arkansas
904 W. 2nd Street, Ste. 1
Little Rock, AR 72201
gary@acluarkansas.org
Tel: (501) 374-2842

WHEREFORE, Plaintiffs pray that Angela M. Liu be granted permission to appear *pro hac vice* on in this cause.

Dated: December 30, 2021

          Respectfully submitted,

          Gary Sullivan
          ACLU of Arkansas
          904 W. 2nd Street, Ste. 1
          Little Rock, AR 72201
          gary@acluarkansas.org
          Tel: (501) 374-2842

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **THE ARKANSAS STATE CONFERENCE NAACP,** *et al.* | **PLAINTIFFS** |
| v. | Case No. 4:21-cv-1239-LPR |
| **THE ARKANSAS BOARD OF APPORTIONMENT,** *et al.* | **DEFENDANTS** |

**DECLARATION OF ANGELA M. LIU,**
**IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE**

I, Angela M. Liu, declare under penalty of perjury that the following is true and correct:

1.      I am a partner of Dechert LLP and counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Motion of Gary Sullivan for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Gary Sullivan, who is a member in good standing of this Court.

2.      I am an attorney licensed in Illinois (Bar Registration No. 323775) and New York (Bar Registration No. 5783444). I am an inactive member of the Bar of Missouri. I was admitted to practice in the State of Illinois in 2009, and the State of New York in 2020. My office address is Dechert LLP, 35 West Wacker Drive, Suite 3400, Chicago, IL 60601.

3.      I am in good standing and currently eligible to practice in the Courts of the States of Illinois and New York; the United States District Courts for the Northern District of Illinois, the Southern and Eastern Districts of New York, the Eastern District of Wisconsin, and the District of Colorado; the United States Courts of Appeal for the Second, Seventh, Eighth, and Tenth Circuits; and the United States Supreme Court.

4.      No criminal or disciplinary proceedings are currently pending against me, nor

3

have such proceedings ever been brought against me.

5. Plaintiffs have requested my representation in the above-captioned matter.

6. I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

Respectfully submitted,

Dated: December 30, 2021

DECHERT LLP

By: */s/ Angela M. Liu*
Angela M. Liu (IL 6299353)
Email: angela.liu@dechert.com
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
(312) 646-5800 | (312) 646-5858

*Attorneys for Plaintiffs*