### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**THE ARKANSAS STATE**          **PLAINTIFFS**
**CONFERENCE NAACP,** *et al.*

**v.**          **Case No. 4:21-cv-1239-LPR**

**THE ARKANSAS BOARD OF**          **DEFENDANTS**
**APPORTIONMENT,** *et al.*

### PLAINTIFFS' MOTION TO ADMIT NEIL A. STEINER, *PRO HAC VICE*

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Neil A. Steiner, moves this Court for an Order admitting Neil A. Steiner, *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

Neil A. Steiner is a member in good standing of the Bar of the State of New York and is admitted to practice in all state courts in the State of New York; the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the Eastern District of Michigan, the Eastern District of Wisconsin, and the United States Courts of Appeal for the Second, Fifth, Sixth, Seventh, Ninth, and Tenth Circuits. He is not admitted to practice in the United States District Courts in Arkansas. His office address is: Dechert LLP, 1095 Avenue of the Americas, 3 Bryant Park, NY, NY 10036.

Under Local Rule 83.5(d), Neil A. Steiner designates me, Gary Sullivan, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate.  My physical and e-mail addresses are as follows:

1

Gary Sullivan
ACLU of Arkansas
904 W. 2nd Street, Ste. 1
Little Rock, AR 72201
gary@acluarkansas.org
Tel: (501) 374-2842


WHEREFORE, Plaintiffs pray that Neil A. Steiner be granted permission to appear *pro*

*hac vice* on in this cause.

Dated: December 30, 2021


Respectfully submitted,

Gary Sullivan
ACLU of Arkansas
904 W. 2nd Street, Ste. 1
Little Rock, AR 72201
gary@acluarkansas.org
Tel: (501) 374-2842

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THE ARKANSAS STATE                                    PLAINTIFFS
CONFERENCE NAACP, *et al.*

v.                                Case No. 4:21-cv-1239-LPR

THE ARKANSAS BOARD OF                                 DEFENDANTS
APPORTIONMENT, *et al.*

DECLARATION OF NEIL A. STEINER,
IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE

I, Neil A. Steiner, declare under penalty of perjury that the following is true and correct:

1.          I am a member of Dechert LLP and counsel for Plaintiffs in the above-
captioned matter. I submit this Declaration in support of the Motion of Gary Sullivan for my *pro
hac vice* admission to practice in this Court in connection with this matter. I am associated in this
matter with Gary Sullivan, who is a member in good standing of this Court.

2.          I am an attorney licensed in New York (Bar Registration No. 2888162). I was
admitted to practice in the State of New York in 1998. My office address is Dechert LLP, 1095
Avenue of the Americas, 3 Bryant Park, NY, NY 10036.

3.          I am in good standing and currently eligible to practice in the Courts of the
State of New York; the United States District Courts for the Southern, Eastern, and Northern
Districts of New York, the Eastern District of Michigan, the Eastern District of Wisconsin, and
the United States Courts of Appeal for the Second, Fifth, Sixth, Seventh, Ninth and Tenth
Circuits.

4.          No criminal or disciplinary proceedings are currently pending against me, nor

have such proceedings ever been brought against me.

   5.    Plaintiffs have requested my representation in the above-captioned matter.

   6.    I affirm that I will submit to the jurisdiction of the Court in matters of

discipline. I further affirm that I have read and will abide by the Local Rules of the United States

District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the

United States District Court for the Eastern District of Arkansas.

               Respectfully submitted,

Dated:  December 30, 2021      DECHERT LLP

               By:  */s/ Neil A. Steiner*
                  Neil A. Steiner (NY 2888162)
                  Email:  neil.steiner@dechert.com
                  Three Bryant Park
                  1095 Avenue of The Americas
                  New York, NY 10036 – 6797
                  (212) 698-3500 | (212) 698-3599

               *Attorneys for Plaintiffs*