IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THE ARKANSAS STATE**                           **PLAINTIFFS**
**CONFERENCE NAACP,** *et al.*

v.                    **Case No. 4:21-cv-1239-LPR**

**THE ARKANSAS BOARD OF**                    **DEFENDANTS**
**APPORTIONMENT,** *et al.*

### PLAINTIFFS' MOTION TO ADMIT MATTHEW F. WILLIAMS, *PRO HAC VICE*

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Matthew F. Williams, moves this Court for an Order admitting Matthew F. Williams, *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

Matthew F. Williams is a member in good standing of the Bar of the State of California and is admitted to practice in all state courts in the State of California and the United States District Court for the Northern, Eastern, Central, and Southern Districts of California. He is not admitted to practice in the United States District Courts in Arkansas. His office address is: Dechert LLP, One Bush Street, Suite 1600, San Francisco, CA 94104-4446.

Under Local Rule 83.5(d), Matthew F. Williams designates me, Gary Sullivan, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

Gary Sullivan
ACLU of Arkansas
904 W. 2nd Street, Ste. 1
Little Rock, AR 72201
gary@acluarkansas.org
Tel: (501) 374-2842

WHEREFORE, Plaintiffs pray that Matthew F. Williams be granted permission to appear *pro hac vice* on in this cause.

Dated: December 30, 2021

                                            Respectfully submitted,

                                            Gary Sullivan
                                            ACLU of Arkansas
                                            904 W. 2nd Street, Ste. 1
                                            Little Rock, AR 72201
                                            gary@acluarkansas.org
                                            Tel: (501) 374-2842

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**THE ARKANSAS STATE**          **PLAINTIFFS**
**CONFERENCE NAACP,** *et al.*

v.          Case No. 4:21-cv-1239-LPR

**THE ARKANSAS BOARD OF**          **DEFENDANTS**
**APPORTIONMENT,** *et al.*

## DECLARATION OF MATTHEW F. WILLIAMS,
## IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE

I, Matthew F. Williams, declare under penalty of perjury that the following is true and correct:

1. I am an associate at Dechert LLP and counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Motion of Gary Sullivan for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Gary Sullivan, who is a member in good standing of this Court.

2. I am an attorney licensed in California (Bar Registration No. 323775). I was admitted to practice in the State of California in 2018. My office address is Dechert LLP, One Bush Street, Suite 1600, San Francisco, CA 94104-4446.

3. I am in good standing and currently eligible to practice in the Courts of the State of California and the United States District Court for the Northern, Eastern, Central, and Southern Districts of California.

4. No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5. Plaintiffs have requested my representation in the above-captioned matter.

6.     I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

Dated:  December 30, 2021

Respectfully submitted,

DECHERT LLP

By:     */s/ Matthew F. Williams*
      Matthew F. Williams (CA 323775)
      Email:  matthew.williams@dechert.com
      One Bush Street, Suite 1600
      San Francisco, CA 94104-4446
      (415) 262-4500 | (415) 262-4555

*Attorneys for Plaintiffs*