**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| **THE ARKANSAS STATE CONFERENCE NAACP,** *et al.* | **PLAINTIFFS** |
| v. | Case No. 4:21-cv-1239-LPR |
| **THE ARKANSAS BOARD OF APPORTIONMENT,** *et al.* | **DEFENDANTS** |

**PLAINTIFFS' MOTION TO ADMIT LUKE REILLY,** *PRO HAC VICE*

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Luke Reilly, moves this Court for an Order admitting Luke Reilly, *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

Luke Reilly is a member in good standing of the Bar of the Commonwealth of Pennsylvania and is admitted to practice in all state courts in the Commonwealth of Pennsylvania; the United States District Court for Eastern District of Pennsylvania, and the United States Court of Appeals for the Federal Circuit. He is not admitted to practice in the United States District Courts in Arkansas. His office address is: Dechert LLP, 2929 Arch Street, Philadelphia, PA 19104.

Under Local Rule 83.5(d), Luke Reilly designates me, Gary Sullivan, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

Gary Sullivan
ACLU of Arkansas
904 W. 2nd Street, Ste. 1
Little Rock, AR 72201
gary@acluarkansas.org
Tel: (501) 374-2842

WHEREFORE, Plaintiffs pray that Luke Reilly be granted permission to appear *pro hac vice* on in this cause.

Dated: December 30, 2021

Respectfully submitted,

Gary Sullivan
ACLU of Arkansas
904 W. 2nd Street, Ste. 1
Little Rock, AR 72201
gary@acluarkansas.org
Tel: (501) 374-2842

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**THE ARKANSAS STATE**                          **PLAINTIFFS**
**CONFERENCE NAACP,** *et al.*

**v.**                     **Case No. 4:21-cv-1239-LPR**

**THE ARKANSAS BOARD OF**                    **DEFENDANTS**
**APPORTIONMENT,** *et al.*

### DECLARATION OF LUKE REILLY,
### IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE

I, Luke Reilly, declare under penalty of perjury that the following is true and correct:

1.  I am an associate at Dechert LLP and counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in support of the Motion of Gary Sullivan for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Gary Sullivan, who is a member in good standing of this Court.

2.  I am an attorney licensed in the Commonwealth of Pennsylvania (Bar Registration No. 324792). I was admitted to practice in the Commonwealth of Pennsylvania in 2017. My office address is Dechert LLP, One Bush Street, Suite 1600, San Francisco, CA 94104-4446.

3.  I am in good standing and currently eligible to practice in the Courts of the Commonwealth of Pennsylvania; the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Federal Circuit.

4.  No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5. Plaintiffs have requested my representation in the above-captioned matter.

6. I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

                                      Respectfully submitted,

Dated: December 30, 2021              DECHERT LLP

                                    By:   */s/ Luke Reilly*
                                               Luke Reilly (PA 324792)
                                               Email:  luke.reilly@dechert.com
                                               Cira Centre
                                               2929 Arch Street
                                               Philadelphia, PA 19104-2808
                                               (215) 994-4000 | (215) 994-2222

                                               *Attorneys for Plaintiffs*