**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **THE ARKANSAS STATE CONFERENCE NAACP,** *et al.* | **PLAINTIFFS** |
| v. | Case No. 4:21-cv-1239-LPR |
| **THE ARKANSAS BOARD OF APPORTIONMENT,** *et al.* | **DEFENDANTS** |

**PLAINTIFFS' MOTION TO ADMIT BRYAN L. SELLS,** *PRO HAC VICE*

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Bryan L. Sells, moves this Court for an Order admitting Bryan L. Sells, *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

Bryan L. Sells is a member in good standing of the Bars of the State of Georgia; is admitted to practice in The Supreme Court of the United States; The Supreme Court of Georgia; The Court of Appeals of the State of Georgia; The United States Court of Appeals for the Second Circuit; The United States Court of Appeals for the Fourth Circuit; The United States Court of Appeals for the Eighth Circuit; The United States Court of Appeals for the Ninth Circuit; The United States Court of Appeals for the Tenth Circuit; The United States Court of Appeals for the Eleventh Circuit; The United States District Court for the Northern District of Georgia; The United States District Court for the Middle District of Georgia; and the Fulton County Superior Court. He has previously been admitted *pro hac vice* in this Court and is already registered in the Court's electronic case filing system. His office address is: The Law Office of Bryan L. Sells, LLC. My office address is Post Office Box 5493, Atlanta, Georgia, 31107-0493.

Under Local Rule 83.5(d), Bryan L. Sells designates me, Gary Sullivan, an attorney and

member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

Gary Sullivan
ACLU of Arkansas
904 W. 2nd Street, Ste. 1
Little Rock, AR 72201
gary@acluarkansas.org
Tel: (501) 374-2842

    WHEREFORE, Plaintiffs pray that Bryan L. Sells be granted permission to appear *pro hac vice* on in this cause.

Dated: December 30, 2021

    Respectfully submitted,

    Gary Sullivan
    ACLU of Arkansas
    904 W. 2nd Street, Ste. 1
    Little Rock, AR 72201
    gary@acluarkansas.org
    Tel: (501) 374-2842

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **The Arkansas State Conference NAACP**, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>**The Arkansas Board of Apportionment**, et al.,<br><br>Defendants | Case No. 4:21-cv-1239-LPR<br><br>**Declaration of Bryan L. Sells** |

1. My name is Bryan Sells. I am one of the attorneys for the plaintiffs in this case.

2. I have personal knowledge of the matters stated in this declaration. I am over the age of 18 years and am competent to make this declaration.

3. I submit this declaration in support of the motion of Gary Sullivan for my admission to practice *pro hac vice* in this matter.

4. I am an attorney admitted to the State Bar of Georgia. I was admitted in 1998, and my bar number is 635562.

5. I am the principal in The Law Office of Bryan L. Sells, LLC. My office address is Post Office Box 5493, Atlanta, Georgia, 31107-0493. My office telephone and fax number is (404) 480-4212.

6. I am an active member in good standing of the following courts: The Supreme Court of the United States; The Supreme Court of Georgia; The Court of Appeals of the State of Georgia; The United States Court of Appeals for the Second Circuit; The United States Court of Appeals for the Fourth Circuit; The United States Court of Appeals for the Eighth Circuit; The United States Court of Appeals for the Ninth Circuit; The United States Court of Appeals for the Tenth Circuit; The United States Court of Appeals for the Eleventh Circuit; The United States District Court for the Northern District of Georgia; The United States District Court for the Middle District of Georgia; and the Fulton County Superior Court.

7. I have previously been admitted *pro hac vice* in this Court, and I am already registered in the Court's electronic case filing system.

8. No criminal or disciplinary proceedings are currently pending against me, nor have any such proceedings ever been brought against me.

9. The plaintiffs in this matter have requested my representation.

10. I hereby affirm that I will submit to the jurisdiction of this Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules and General Orders of this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2021.

/s/ Bryan L. Sells
Bryan L. Sells
Atlanta, Georgia
