IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| THE ARKANSAS STATE CONFERENCE NAACP et al.<br>   *Plaintiffs*,<br><br>vs.<br><br>THE ARKANSAS BOARD OF APPORTIONMENT et al.<br><br>   *Defendants*. | Case No. 4:21-cv-1239-LPR |

## PLAINTIFFS' MOTION TO ADMIT CERIDWEN CHERRY, *PRO HAC VICE*

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Ceridwen Cherry, moves this Court for an Order admitting Ceridwen Cherry, *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

Ceridwen Cherry is a member in good standing of the Bar of the District of Columbia and is admitted to practice in the District of Columbia; the United States District Court for the District of Massachusetts and the United States Supreme Court. She is not admitted to practice in the United States District Courts in Arkansas. Her office address is: American Civil Liberties Union Foundation, 915 15th St NW, Washington, DC 20005.

Under Local Rule 83.5(d), Ceridwen Cherry, designates me, Gary Sullivan, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

Gary Sullivan
ACLU of Arkansas
904 W. 2nd Street, Ste. 1
Little Rock, AR 72201
gary@acluarkansas.org
Tel: (501) 374-2842

WHEREFORE, Plaintiffs pray that Ceridwen Cherry, be granted permission to appear *pro hac vice* on in this cause.

Dated: December 30, 2021

Respectfully submitted,

_____
Gary Sullivan
ACLU of Arkansas
904 W. 2nd Street, Ste. 1
Little Rock, AR 72201
gary@acluarkansas.org
Tel: (501) 374-2842

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| THE ARKANSAS STATE CONFERENCE NAACP et al.<br>   *Plaintiffs*,<br><br>   vs.<br><br>THE ARKANSAS BOARD OF APPORTIONMENT et al.<br><br>   *Defendants*. | Case No. 4:21-cv-1239-LPR |

## DECLARATION OF CERIDWEN CHERRY, IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE

I, Ceridwen Cherry, declare under penalty of perjury that the following is true and correct:

1. I am a Staff Attorney with the Voting Rights Project of the American Civil Liberties Union Foundation, and counsel for Plaintiffs The Arkansas State Conference NAACP and the Arkansas Public Policy Counsel in the above-captioned matter. I submit this Declaration in support of the Motion of Gary Sullivan for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Gary Sullivan, who is a member in good standing of this Court.

2. I am an attorney licensed in the District of Columbia (Bar Registration No. 1017351). I was admitted to practice in the District of Columbia in 2013. My office address is American Civil Liberties Union Foundation, 915 15th St NW, Washington, DC 20005.

3. I am in good standing and currently eligible to practice in the Courts of District of Columbia; the United States District Court for the District of Massachusetts and the

United States Supreme Court.

4. No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5. Plaintiffs The Arkansas State Conference NAACP and the Arkansas Public Policy Counsel have requested my representation in the above-captioned matter.

6. I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

DATED: December 30, 2021

                                          Respectfully submitted,

                                          Ceridwen Cherry
                                          American Civil Liberties Union
                                          915 15th Street NW
                                          Washington, DC 20001
                                          ccherry@aclu.org
                                          Tel: (202) 457-0800