IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| THE ARKANSAS STATE CONFERENCE NAACP et al.<br>   *Plaintiffs*,<br><br>   vs.<br><br>THE ARKANSAS BOARD OF APPORTIONMENT et al.<br><br>   *Defendants*. | Case No. 4:21-cv-1239-LPR |

## PLAINTIFFS' MOTION TO ADMIT JONATHAN TOPAZ, *PRO HAC VICE*

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Jonathan Topaz, moves this Court for an Order admitting Jonathan Topaz, *pro hac vice* on behalf of the Plaintiffs in the above-styled matter.

Jonathan Topaz is a member in good standing of the Bar of the State of New York and is admitted to practice in all state courts in the State of New York; the United States District Court for the Southern District of New York and the United States Court of Appeals for the Eleventh Circuit. He is not admitted to practice in the United States District Courts in Arkansas. His office address is: American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004.

Under Local Rule 83.5(d), Jonathan Topaz, designates me, Gary Sullivan, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

Gary Sullivan
ACLU of Arkansas
904 W. 2nd Street, Ste. 1
Little Rock, AR 72201
gary@acluarkansas.org
Tel: (501) 374-2842

WHEREFORE, Plaintiffs pray that Jonathan Topaz, be granted permission to appear *pro hac vice* on in this cause.

Dated: December 30, 2021

Respectfully submitted,

_____
Gary Sullivan
ACLU of Arkansas
904 W. 2nd Street, Ste. 1
Little Rock, AR 72201
gary@acluarkansas.org
Tel: (501) 374-2842

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| THE ARKANSAS STATE CONFERENCE NAACP et al.<br>*Plaintiffs*,<br><br>vs.<br><br>THE ARKANSAS BOARD OF APPORTIONMENT et al.<br><br>*Defendants*. | Case No. 4:21-cv-1239-LPR |

## DECLARATION OF JONATHAN TOPAZ, IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE

I, Jonathan Topaz, declare under penalty of perjury that the following is true and correct:

1. I am a Staff Attorney with the Voting Rights Project of the American Civil Liberties Union Foundation, and counsel for Plaintiffs The Arkansas State Conference NAACP and the Arkansas Public Policy Counsel in the above-captioned matter. I submit this Declaration in support of the Motion of Gary Sullivan for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Gary Sullivan, who is a member in good standing of this Court.

2. I am an attorney licensed in New York (Bar Registration No. 5671151). I was admitted to practice in the State of New York in 2019. My office address is American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004.

3. I am in good standing and currently eligible to practice in the Courts of the State of New York; the United States District Court for the Southern District of New York and the United States Court of Appeals for the Eleventh Circuit.

4.     No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5.     Plaintiffs The Arkansas State Conference NAACP and the Arkansas Public Policy Counsel have requested my representation in the above-captioned matter.

6.     I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

DATED: December 30, 2021

Respectfully submitted,

/s/ Jonathan Topaz

Jonathan Topaz
American Civil Liberties Union
Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
jtopaz@aclu.org
Tel: (212) 549-2500