AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

Arkansas State Conference NAACP and Arkansas Public Policy Panel

*Plaintiff(s)*

v.

The Arkansas Board of Apportionment; the State of Arkansas, et al.

*Defendant(s)*

Civil Action No.   4:21-cv-1239-LPR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Leslie Rutledge, in her official capacity as Attorney General for the State of Arkansas and as a Member of the Board of Apportionment
c/o Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gary Sullivan
Arkansas Civil Liberties Union Foundation, Inc.
904 W. Second Street, Suite 1
Little Rock, AR 72201
(501) 374-2660
gary@acluarkansas.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TAMMY H. DOWNS
*CLERK OF COURT*

Date: DEC 29 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Leslie Rutledge, Arkansas Attorney General
was received by me on *(date)* December 29, 2021.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On December 30, 2021, I served the summons on Arkansas Solicitor General Nicholas Bronni, who aggreed to accept service on behalf of Leslie Rutledge, Attorney General and member of the Board of Apportionment.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 30, 2021

*Gary Sullivan*
Server's signature

Gary Sullivan, Counsel for Plaintiffs
Printed name and title

904 West 2nd Street, Suite 1, Little Rock, AR  72201
Server's address

Additional information regarding attempted service, etc: