# EXHIBIT 2

# Donor Lookup

Advanced Search

| First and Last Name of Donor |

Displaying records **1 - 31** of 31.

(Note: We only display the first 500 records. Need more? Please contact us **requests@crp.org**.)

| Category | Contributor | Occupation | Date | Amount | Recipient | Recipient Jurisdiction |
|---|---|---|---|---|---|---|
| Money to Parties | RUDOFSKY, LEE Bentonville, AR 72712 | LAWYER | 06-04-2019 | $150 | ARKANSAS REPUBLICAN PARTY | Arkansas |
| Money to Parties | RUDOFSKY, LEE BENTONVILLE, AR 72712 | WALMART | 10-03-2017 | $1,000 | Republican Party of Arkansas (R) | Federal |
| Money to Parties | RUDOFSKY, LEE BENTONVILLE, AR 72712 | WALMART | 06-11-2018 | $300 | Republican Party of Arkansas (R) | Federal |
| Money to Candidates | RUDOFSKY, LEE BENTONVILLE, AR 72712 | WALMART | 10-23-2018 | $250 | Westerman, Bruce (R) | Federal |
| Money to Candidates | RUDOFSKY, LEE BENTONVILLE, AR 72712 | WALMART STORES, INC | 04-23-2018 | $250 | Womack, Steve (R) | Federal |
| Money to Candidates | RUDOFSKY, LEE BENTONVILLE, AR 72712 | WALMART STORES, INC | 08-15-2018 | $1,000 | Womack, Steve (R) | Federal |
| Money to Candidates | RUDOFSKY, LEE BENTONVILLE, AR 72712 | ARKANSAS AG OFFICE | 06-30-2017 | $500 | Boozman, John (R) | Federal |
| Money to Candidates | RUDOFSKY, LEE BENTONVILLE, AR 72712 | ARKANSAS AG OFFICE | 06-07-2018 | $500 | Boozman, John (R) | Federal |

| Category | Contributor | Occupation | Date | Amount | Recipient | Recipient Jurisdiction |
|---|---|---|---|---|---|---|
| Money to Parties | RUDOFSKY, LEE BENTONVILLE, AR 72712 | WALMART | 10-31-2018 | $1,000 | Republican Party of Arkansas (R) | Federal |
| Money to Candidates | RUDOFSKY, LEE BENTONVILLE, AR 72712 | ARKANSAS ATTORNEY GENERAL | 02-20-2016 | $1,000 | Rubio, Marco (R) | Federal |
| Money to Candidates | RUDOFSKY, LEE BENTONVILLE, AR 72712 | WALMART | 06-29-2015 | $500 | DeSantis, Ron (R) | Federal |
| Money to PACs | RUDOFSKY, LEE BENTONVILLE, AR 72712 | WALMART | 01-06-2015 | $500 | Right To Rise PAC (R) | Federal |
| Money to Candidates | RUDOFSKY, LEE BENTONVILLE, AR 72712 | WALMART | 05-03-2015 | $500 | Boozman, John (R) | Federal |
| Money to Candidates | RUDOFSKY, LEE BENTONVILLE, AR 72712 | WALMART | 06-30-2015 | $500 | Bush, Jeb (R) | Federal |
| Money to Parties | RUDOFSKY, LEE BENTONVILLE, AR 72712 | WALMART | 04-26-2016 | $250 | Republican Party of Arkansas (R) | Federal |
| Money to Parties | RUDOFSKY, LEE BENTONVILLE, AR 72712 | WALMART | 02-16-2016 | $1,000 | Republican Party of Arkansas (R) | Federal |

**FEDERAL LAW PROHIBITS THE USE OF CONTRIBUTOR INFORMATION FOR THE PURPOSE OF SOLICITING CONTRIBUTIONS OR FOR ANY COMMERCIAL PURPOSE.**

| Category | Contributor | Occupation | Date | Amount | Recipient | Recipient Jurisdiction |
|---|---|---|---|---|---|---|
| Money to Candidates | RUDOFSKY, LEE BENTONVILLE, AR 72712 | WALMART | 05-03-2015 | $500 | Boozman, John (R) | Federal |
| Money to Parties | RUDOFSKY, LEE Bentonville, AR 72712 | ASSOCIATE | 04-26-2016 | $250 | ARKANSAS REPUBLICAN PARTY | Arkansas |
| Money to | RUDOFSKY, LEE | ASSOCIATE | 02-16-2016 | $1,000 | ARKANSAS | Arkansas |

| Category | Contributor | Occupation | Date | Amount | Recipient | Recipient Party | Recipient Jurisdiction |
|---|---|---|---|---|---|---|---|
| Money to Candidates | RUDOFSKY, LEE Bentonville, AR 72712 | ATTORNEY/LEGAL | 10-16-2018 | $100 | DOTSON, JIM | REPUBLICAN | Arkansas |
| Money to Candidates | RUDOFSKY, LEE Bentonville, AR 72712 | ATTORNEY/LEGAL | 10-01-2018 | $500 | STERLING, DAVID | | Arkansas |
| Money to Candidates | RUDOFSKY, LEE Bentonville, AR 72712 | OTHER | 01-18-2018 | $500 | Asa Hutchinson | | Arkansas |
| Money to Candidates | RUDOFSKY, LEE Bentonville, AR 72712 | ATTORNEY | 01-31-2018 | $200 | PETERSON, NELS | | Georgia |
| Money to Parties | RUDOFSKY, LEE Bentonville, AR 72712 | ASSOCIATE | 10-03-2017 | $1,000 | ARKANSAS REPUBLICAN PARTY | | Arkansas |
| Money to Candidates | RUDOFSKY, LEE Bentonville, AR 72712 | OFFICE AND ADMINISTRATIVE OCCUPATIONS | 10-02-2018 | $500 | GRIFFIN, JOHN TIMOTHY (TIM) | | Arkansas |
| Money to Parties | RUDOFSKY, LEE Bentonville, AR 72712 | ASSOCIATE | 06-06-2017 | $1,000 | ARKANSAS REPUBLICAN PARTY | | Arkansas |
| Money to Parties | RUDOFSKY, LEE Bentonville, AR 72712 | | 10-31-2018 | $1,000 | ARKANSAS REPUBLICAN PARTY | | Arkansas |
| Money to Parties | RUDOFSKY, LEE Bentonville, AR 72712 | | 12-03-2018 | $10 | ARKANSAS REPUBLICAN PARTY | | Arkansas |
| Money to Parties | RUDOFSKY, LEE Bentonville, AR 72712 | ASSOCIATE | 06-11-2018 | $300 | ARKANSAS REPUBLICAN PARTY | | Arkansas |
| Money to Candidates | RUDOFSKY, LEE MR BENTONVILLE, AR 72712 | WALMART | 05-20-2015 | $500 | Starrett, Grant (R) | | Federal |

| Category | Contributor | Occupation | Date | Amount | Recipient | Recipient Jurisdiction |
|---|---|---|---|---|---|---|
| Money to Candidates | RUDOFSKY, LEE P<br>Bentonville, AR 72712 | | 03-28-2017 | $1,000 | Leslie Rutledge | Arkansas |

Data on federal individual contributions downloaded from the Federal Election Commission on 03/22/21. State and local contributions are uploaded on a rolling basis. **Federal law prohibits the use of contributor information for the purpose of soliciting contributions or for any commercial purpose.** Bear in mind that contributions to politicians can also be made through **Political Action Committees**.

## Build or Buy

Examine if you should build or buy a pre-built system. Learn more.

Kingston Technology

## We follow the money. You make it possible.

Select an amount to make a donation.

$35            $50            $100            Other

♥ **DONATE TODAY**

## Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address                                                                 SIGN UP

Follow us on Twitter          Follow us on Facebook