IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **The Arkansas State Conference NAACP**, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>**The Arkansas Board of Apportionment**, et al.,<br><br>Defendants | Case No.  4:21-cv-1239-LPR<br><br><br>**Plaintiffs' Motion for Recusal** |

The plaintiffs respectfully move the Court for recusal under 28 U.S.C. § 455.

1. The Code of Conduct for United States Judges emphasizes the importance of promoting public confidence in the integrity and impartiality of the judiciary by avoiding impropriety and the appearance of impropriety in all activities.

2. Federal law further provides that a just must recuse "in any proceeding in which his impartiality might reasonably be questioned," or where "he has a personal bias or prejudice concerning a party." 28 U.S.C. § 455.

3. According to public records, the Honorable Lee Rudofsky and his wife hosted a fundraiser at his home in 2018 for candidate Leslie Rutledge, one of the named defendants in this case who is also likely to be a witness. (Exhibit 1: Rudofsky Judicial Questionnaire at 25.)

4. According to other public records, Judge Rudofsky also donated $1,000 to Rutledge in 2017 and $500 in 2018 to candidate Asa Hutchinson, another one of the named defendants in this case who is likely to be a witness. (Exhibit 2: Political Donations of Lee Rudofsky.)

5. In each case, Judge Rudofsky's fundraiser and donations were in support of the candidates' most recent campaign for his or her current term in office.

6. Rutledge is the Attorney General of the State of Arkansas and is a member of the Arkansas Board of Apportionment.  Hutchinson is the Governor of the State of Arkansas and is a member of the

Arkansas Board of Apportionment. Together, they constitute two-thirds of the Board.

7. This case challenges the reapportionment plan for the Arkansas House of Representative that the Board of Apportionment recently adopted. The plaintiffs allege that the plan unlawfully dilutes Black voting strength in violation of Section 2 of the Voting Rights Act.

8. Rutledge and Hutchinson are likely to be witnesses in this case because they were key decisionmakers in adopting the challenged plan and because, under the applicable law, their justification for the plan is a relevant circumstance. *See, e.g., Thornburg v. Gingles*, 478 U.S. 30, 45 (1986) (evidence regarding the policy underlying the challenged practice "may have probative value"). It is quite common in redistricting cases to depose the legislators or other officials who were responsible for adopting a challenged plan.

9. This is a case of significant public importance, and one that is likely to be scrutinized closely by the media and by the public at large.

10. Under these circumstances, an objective, knowledgeable member of the public could reasonably doubt Judge Rudofsky's

impartiality with respect to Rutledge and Hutchinson in this matter, and recusal is therefore appropriate.

11. The plaintiffs submit a memorandum of law in support of this motion.

Accordingly, the plaintiffs pray that the Court grant this motion to recuse.

Dated: December 31, 2021

Bryan L. Sells (*PHV* Admitted)
Email: bryan@bryansellslaw.com
THE LAW OFFICE OF
BRYAN L. SELLS, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Tel: (404) 480-4212 (voice and fax)

Gary Sullivan (AR Bar: 92051)
Email: gary@acluarkansas.org
ARKANSAS CIVIL LIBERTIES
UNION FOUNDATION, INC.
904 West 2nd Street
Little Rock, AR 72201
Tel: (501) 374-2842

Ceridwen Cherry (*PHV* Admitted)
Email: ccherry@aclu.org
AMERICAN CIVIL LIBERTIES
UNION, VOTING RIGHTS
PROJECT
915 15th St NW
Washington, DC 20015
Tel: (202) 457-0800

Jonathan Topaz (*PHV* Admitted)
Email: jtopaz@aclu.org
Sophia Lin Lakin (*PHV Pending*)
Email: slakin@aclu.org
AMERICAN CIVIL LIBERTIES UNION, VOTING RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

Luke Reilly (*PHV* Admitted)
Email: luke.reilly@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 | (215) 994-2222

Neil Steiner (*PHV* Admitted)
Email: neil.steiner@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of The Americas
New York, NY 10036 – 6797
(212) 698-3500 | (212) 698-3599

Angela Liu (*PHV* Admitted)
Email: angela.liu@dechert.com
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
(312) 646-5800 | (312) 646-5858

Matthew F. Williams (*PHV* Admitted)
Email: matthew.williams@dechert.com
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, CA 94104-4446
(415) 262-4500 | (415) 262-4555

*Attorneys for the Plaintiffs*