# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| THE ARKANSAS STATE CONFERENCE NAACP, *et al.*, | PLAINTIFFS, |
| v.    Case No. 4:21-cv-01239-LPR | |
| THE ARKANSAS BOARD OF APPORTIONMENT, *et al.* | DEFENDANTS. |

## NOTICE OF APPEARANCE

I, Asher Steinberg, Arkansas Assistant Solicitor General, enter my appearance as counsel for Defendants in this case. I ask that I be included on all future service and correspondence. I certify that I am admitted to practice in this Court.

Dated: December 31, 2021

Respectfully submitted,

Asher L. Steinberg (2019058)
Assistant Solicitor General
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-1051
Fax: (501) 682-2591
*Counsel for Defendants*