

Christine Althoff
*President*

Holly Dickson
*Executive Director*

Gary Sullivan
*Legal Director*

@ACLUArkansas

November 26, 2021

Arkansas Board of Apportionment
c/o Arkansas Secretary of State - Elections Division
Room 25, Arkansas State Capitol
500 Woodlane Street
Little Rock, AR 72201

Dear Gov. Hutchinson,

Thank you very much for the inquiry regarding majority-Black districts and the opportunity to submit alternative mapping for the House districts. Attached is one alternative state House map that could achieve this and comply with the Voting Rights Act. It is but one possibility and other maps could likely be drawn achieving the same result. As we indicated in our November 24, 2021 public comment to the Arkansas Board of Apportionment, the attached alternative House map contains 16 reasonably compact majority-Black districts achieving rough proportionality as to the population of Black Arkansans statewide. By contrast—as we noted in our public comment—the proposed BOA House map contains only 11 majority-Black districts, which substantially underrepresents Black Arkansans in violation of Section 2 of the VRA. This alternative map is just one example, and it is likely that other variations of this map could be devised and still maintain 16 acceptable majority-Black districts.

The attached alternative map splits far fewer voting districts than the BOA's proposed House map. And, as we noted in our comment letter, this alternative, as well as other potential variations, works to protect and preserve other communities of interest that were not protected in the BOA's proposed House map.

We are grateful for the opportunity to share the attached alternative House map with the Board, and we look forward to working with you to arrive at maps that adequately represent all Arkansans.

Respectfully,

*Gary Sullivan*

Gary Sullivan

cc: Secretary John Thurston
    General Leslie Rutledge