# Jake Kornegay

| | |
|---|---|
| **From:** | Bryan Sells <bryan@bryansellslaw.com> |
| **Sent:** | Friday, December 31, 2021 1:49 PM |
| **To:** | AREDdb_clerksoffice |
| **Cc:** | Gary Sullivan |
| **Subject:** | Case 4:21-cv-01239-LPR Arkansas State Conference NAACP et al v. Arkansas Board of Apportionment et al Motion for Recusal |
| **Attachments:** | 2021-12-31 - plaintiffs' motion for recusal.pdf |

**CAUTION - EXTERNAL:**

Dear sir or madam -

I inadvertently filed the penultimate version of document number 27. Attached is the final version. The only difference between them is that the redlined changes were accepted. I'd be very grateful if you would substitute this version for the one I filed by mistake.

BRYAN

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.