IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **The Arkansas State Conference NAACP**, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> **The Arkansas Board of Apportionment**, et al., <br><br> Defendants | Case No.  4:21-cv-1239-LPR <br><br><br> **Plaintiffs' Motion for Leave to File a Reply in Support of Their Motion for Recusal** |

The plaintiffs respectfully move the Court for leave to file the attached reply in support of their motion for recusal.  The reply is timely filed, only five pages long, and will assist the Court in resolving the motion.

Dated: January 5, 2022

|  |  |
|---|---|
|  | Bryan L. Sells (*PHV* Admitted)<br>Email: bryan@bryansellslaw.com<br>THE LAW OFFICE OF<br>BRYAN L. SELLS, LLC<br>Post Office Box 5493<br>Atlanta, Georgia 31107-0493<br>Tel: (404) 480-4212 (voice and fax) |
| Gary Sullivan (AR Bar: 92051)<br>Email: gary@acluarkansas.org<br>ARKANSAS CIVIL LIBERTIES<br>UNION FOUNDATION, INC.<br>904 West 2nd Street<br>Little Rock, AR 72201<br>Tel: (501) 374-2842 | Ceridwen Cherry (*PHV* Admitted)<br>Email: ccherry@aclu.org<br>AMERICAN CIVIL LIBERTIES<br>UNION, VOTING RIGHTS<br>PROJECT<br>915 15th St NW<br>Washington, DC 20015<br>Tel: (202) 457-0800 |
| Jonathan Topaz (*PHV* Admitted)<br>Email: jtopaz@aclu.org<br>Sophia Lin Lakin (*PHV Pending*)<br>Email: slakin@aclu.org<br>AMERICAN CIVIL LIBERTIES<br>UNION, VOTING RIGHTS<br>PROJECT<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (212) 549-2500 | Neil Steiner (*PHV* Admitted)<br>Email: neil.steiner@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of The Americas<br>New York, NY 10036 – 6797<br>(212) 698-3500 | (212) 698-3599 |

|  |  |
|---|---|
|  | Angela Liu (*PHV* Admitted) |
|  | Email:  angela.liu@dechert.com |
|  | DECHERT LLP |
|  | 35 West Wacker Drive, Suite 3400 |
|  | Chicago, IL 60601 |
|  | (312) 646-5800 | (312) 646-5858 |
| Luke Reilly (*PHV* Admitted) | Matthew F. Williams (*PHV* Admitted) |
| Email:  luke.reilly@dechert.com | Email: matthew.williams@dechert.com |
| DECHERT LLP | DECHERT LLP |
| Cira Centre | One Bush Street, Suite 1600 |
| 2929 Arch Street | San Francisco, CA 94104-4446 |
| Philadelphia, PA 19104-2808 | (415) 262-4500 | (415) 262-4555 |
| (215) 994-4000 | (215) 994-2222 |  |

*Attorneys for the Plaintiffs*