IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARKANSAS STATE
CONFERENCE NAACP** *et al.*                                                        **PLAINTIFFS**

**v.**                     **Case No.: 4:21-cv-01239-LPR**

**THE ARKANSAS BOARD OF
APPORTIONMENT** *et al.*                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on February 17, 2022, and in light of the Notice filed today by the United States, it is CONSIDERED, ORDERED, AND ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ORDERED this 22nd day of February 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE