**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**THE ARKANSAS STATE
CONFERENCE NAACP,** *et al.*                                                                 **PLAINTIFFS**

**v.**                              **Case No. 4:21-cv-1239-LPR**

**THE ARKANSAS BOARD OF
APPORTIONMENT,** *et al.*

                                                                                          **DEFENDANTS**

## NOTICE OF APPEAL

Notice is hereby given that the Arkansas State Conference NAACP and Arkansas Public Policy Panel, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the District Court's Order dated February 17, 2020 (Dkt. 100) and Judgment dated February 22, 2022 (Dkt. 102).

Dated:  February 23, 2022                              Respectfully submitted,

                                                                    Gary Sullivan (AR Bar: 92051)
                                                                    Email:  gary@acluarkansas.org
                                                                    ARKANSAS CIVIL LIBERTIES UNION
                                                                    FOUNDATION, INC.
                                                                    904 West 2nd Street
                                                                    Little Rock, AR 72201
                                                                    Tel: (501) 374-2842

Ceridwen Cherry                                          Jonathan Topaz
Email:  ccherry@aclu.org                           Email:  jtopaz@aclu.org
AMERICAN CIVIL LIBERTIES UNION,       Sophia Lin Lakin
VOTING RIGHTS PROJECT                       Email: slakin@aclu.org
915 15th St NW                                              AMERICAN CIVIL LIBERTIES UNION,
Washington, DC 20015                                VOTING RIGHTS PROJECT
Tel: (202) 457-0800                                       125 Broad Street, 18th Floor
                                                                    New York, NY 10004
                                                                    Tel: (212) 549-2500

1

Neil Steiner
Email:  neil.steiner@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of The Americas
New York, NY 10036 – 6797
(212) 698-3500 | (212) 698-3599

Luke M. Reilly
Email:  luke.reilly@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 | (215) 994-2222

Bryan Sells
Email:  bryan@bryansellslaw.com
THE LAW OFFICE OF
BRYAN L. SELLS, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Tel: (404) 480-4212 (voice and fax)

Angela Liu
Email:  angela.liu@dechert.com
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
(312) 646-5800 | (312) 646-5858

Matthew F. Williams
Email:  matthew.williams@dechert.com
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, CA 94104-4446
(415) 262-4500 | (415) 262-4555

*Attorneys for Plaintiffs*