U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date: 2/23/2022

**Caption:** Arkansas State Conference NAACP et al v. Arkansas Board of Apportionment et al

**Case No.:** 4:21-cv-01239-LPR

**Appellant:** Arkansas State Conference NAACP and Arkansas Public Policy Panel

**Appellant's Attorney(s):** Angela Liu, Bryan L. Sells, Ceridwen Cherry, Gary L. Sullivan, et al.*

**Appellees:** Arkansas Board of Apportionment, et al.

**Appellee's Attorney(s):** Asher Steinberg, Nicholas J. Bronni, Dylan L. Jacobs, et al.*

**Court Reporter(s):** Valarie Flora, Teresa Hollingsworth, Karen Dellinger, Elaine Hinson

**Name of Person who prepared appeal:** Crystal Newton, Deputy Clerk 501-604-5355

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| N/A | N | N | N |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Retained | N |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** _____

**Where?** _____
**Address of Defendant:** _____

Please list all other defendants in this case if there were multiple defendants:
_____

**Special Comments:** *See docket sheet for complete list of parties and counsel