# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 24, 2022

Mr. Gary L. Sullivan
AMERICAN CIVIL LIBERTIES UNION
ACLU of Arkansas
Suite 1
904 W. Second Street
Little Rock, AR  72201-5727

4:21-cv-01239-LPR

RE:  22-1395  AR State Conference NAACP, et al v. AR Board of Apportionment, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note the docketing fee is pending. Please pay the $505 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office

                                                           Michael E. Gans
                                                           Clerk of Court

CJO

Enclosure(s)

cc:     Ms. Jacki L. Anderson
        Mr. Nicholas J. Bronni
        Ms. Ceridwen Cherry
        Ms. Karen Dellinger
        Ms. Tammy H. Downs
        Ms. Valarie Flora
        Ms. Elaine M Hinson
        Ms. Teresa Hollingsworth
        Mr. Dylan L. Jacobs
        Ms. Sophia Lin Lakin
        Ms. Angela Liu
        Ms. Jennifer L. Merritt
        Mr. Luke M. Reilly
        Mr. Bryan L. Sells
        Ms. Shannon S. Smith
        Mr. Asher Steinberg
        Mr. Neil Steiner
        Mr. Jonathan Topaz
        Mr. Matthew F. Williams

District Court/Agency Case Number(s):   4:21-cv-01239-LPR

**Caption For Case Number:   22-1395**

Arkansas State Conference NAACP; Arkansas Public Policy Panel

      Plaintiffs - Appellants

v.

Arkansas Board of Apportionment; Asa Hutchinson, in his official capacity as the Governor of Arkansas Chairman of the Arkansas Board of Apportionment; John Thurston, in his official capacity as the Secretary of State of Arkansas and as a member of the Arkansas Board of Apportionment; Leslie Carol Rutledge, in her official capacity as the Attorney General of the State of Arkansas and as a member of the Arkansas Board of Apportionment; State of Arkansas

      Defendants - Appellees

United States of America

      Interested party

**Addresses For Case Participants:   22-1395**

Mr. Gary L. Sullivan
AMERICAN CIVIL LIBERTIES UNION
ACLU of Arkansas
Suite 1
904 W. Second Street
Little Rock, AR  72201-5727

Ms. Jacki L. Anderson
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

Mr. Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Ms. Ceridwen Cherry
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
Second Floor
915 15th Street, N.W.
Washington, DC  20005

Ms. Karen Dellinger
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
C-115
500 W. Capitol Avenue
Little Rock, AR  72201

Ms. Tammy H. Downs
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Valarie Flora
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
Room C-118
500 W. Capitol Avenue
Little Rock, AR  72201

Ms. Elaine M Hinson
C411
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Teresa Hollingsworth
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
500 W. Capitol Avenue
Little Rock, AR  72201

Mr. Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Ms. Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION
ACLU of New York
18th Floor
125 Broad Street
New York, NY  10004-2400

Ms. Angela Liu
DECHERT LLP
Suite 3400
35 W. Wacker Drive
Chicago, IL  60601

Ms. Jennifer L. Merritt
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Luke M. Reilly
DECHERT LAW FIRM
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

Mr. Bryan L. Sells
SELLS LAW FIRM
P.O. Box 5493
Atlanta, GA  31107

Ms. Shannon S. Smith
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
500
425 W. Capitol Avenue
P.O. BOX 1229
Little Rock, AR  72203

Mr. Asher Steinberg
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Neil Steiner
DECHERT, LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036

Mr. Jonathan Topaz
AMERICAN CIVIL LIBERTIES UNION
ACLU of New York
18th Floor
125 Broad Street
New York, NY  10004-2400

Mr. Matthew F. Williams
DECHERT LLP
Suite 1600
1 Bush Street
San Francisco, CA  94104-4446

**From:** ca08ml_cmecf_Notify@ca8.uscourts.gov
**Subject:** 22-1395 AR State Conference NAACP, et al v. AR Board of Apportionment, et al "CIVIL case docketed" (4:21-cv-01239-LPR)
**Date:** Thursday, February 24, 2022 11:32:15 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 02/24/2022

**Case Name:** AR State Conference NAACP, et al v. AR Board of Apportionment, et al
**Case Number:** 22-1395
**Document(s):** Document(s)

**Docket Text:**
Civil case docketed. [5130309] [22-1395] (Christa Obucina)

**Notice will be electronically mailed to:**

Ms. Jacki L. Anderson: Jacki.Anderson@usdoj.gov
Mr. Nicholas J. Bronni: nicholas.bronni@arkansasag.gov
Ms. Ceridwen Cherry: ccherry@aclu.org
Ms. Karen Dellinger, Court Reporter: Karen_Dellinger@ared.uscourts.gov, kdell619@yahoo.com
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Valarie Flora, Court Reporter: Valarie_Flora@ared.uscourts.gov
Ms. Elaine M Hinson, Court Reporter: elaine_hinson@ared.uscourts.gov
Ms. Teresa Hollingsworth, Court Reporter: Teresa_Hollingsworth@ared.uscourts.gov
Mr. Dylan L. Jacobs, Assistant Solicitor General: dylan.jacobs@arkansasag.gov
Ms. Sophia Lin Lakin: slakin@aclu.org
Ms. Angela Liu: angela.liu@dechert.com
Ms. Jennifer L. Merritt: jennifer.merritt@arkansasag.gov, johanna.hinkle@arkansasag.gov, agcivil@arkansasag.gov
Mr. Luke M. Reilly: luke.reilly@dechert.com
Mr. Bryan L. Sells: bryan@bryansellslaw.com
Ms. Shannon S. Smith, Assistant U.S. Attorney: Shannon.Smith@usdoj.gov, tavia.douthard@usdoj.gov
Mr. Asher Steinberg: asher.steinberg@arkansasag.gov
Mr. Neil Steiner: neil.steiner@dechert.com
Mr. Gary L. Sullivan: gary@acluarkansas.org
Mr. Jonathan Topaz: jtopaz@aclu.org
Mr. Matthew F. Williams: matthew.williams@dechert.com


The following document(s) are associated with this transaction:
**Document Description:** Civil Docketing Letter
**Original Filename:** /opt/ACECF/live/forms/ChristaObucina_221395_5130309_CivilDocketingLetters_104.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/24/2022] [FileNumber=5130309-0]
[4c54f6a3865ba3b55a16f020fc1728123cf92a61895af6c8cc4f37a4f15082ae94fb44f182ea5acc4f84c4394a14cffb8d7b6ea8fac45e1745778aa2f14c07de]]

**Recipients:**

- Ms. Jacki L. Anderson
- Mr. Nicholas J. Bronni
- Ms. Ceridwen Cherry
- Ms. Karen Dellinger, Court Reporter
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Valarie Flora, Court Reporter
- Ms. Elaine M Hinson, Court Reporter
- Ms. Teresa Hollingsworth, Court Reporter
- Mr. Dylan L. Jacobs, Assistant Solicitor General
- Ms. Sophia Lin Lakin
- Ms. Angela Liu
- Ms. Jennifer L. Merritt
- Mr. Luke M. Reilly
- Mr. Bryan L. Sells
- Ms. Shannon S. Smith, Assistant U.S. Attorney
- Mr. Asher Steinberg
- Mr. Neil Steiner
- Mr. Gary L. Sullivan
- Mr. Jonathan Topaz
- Mr. Matthew F. Williams

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5130309

**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6966449, 6966450

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No.    22-1395   AR State Conference NAACP, et al v. AR Board of Apportionment, et al

Date:    February 24, 2022

## APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at: www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information .

## GENERAL INFORMATION

The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

## APPEAL BRIEFING SCHEDULE
## FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . . **10 days from service of appellant's designation**

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/05/2022**
   **( Karen Dellinger, Valarie Flora, Elaine M Hinson, and Teresa Hollingsworth )**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/15/2022**
   **( Arkansas Board of Apportionment )**
Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/15/2022**
   **( Arkansas Public Policy Panel )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/15/2022**
   **( Arkansas Public Policy Panel )**
Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/15/2022**
   **( Arkansas State Conference NAACP )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues**
                                                          **the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**21 days from the date the court issues**
                                                          **the Notice of Docket Activity filing the brief.**

## ALL BRIEFS AND APPENDICES SHOULD BE
## FILED WITH THE ST. LOUIS OFFICE

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Subject:** | 22-1395 AR State Conference NAACP, et al v. AR Board of Apportionment, et al "Civil Briefing Schedule Set" (4:21-cv-01239-LPR) |
| **Date:** | Thursday, February 24, 2022 11:39:46 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 02/24/2022

**Case Name:** AR State Conference NAACP, et al v. AR Board of Apportionment, et al
**Case Number:** 22-1395
**Document(s):** Document(s)

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS:
Transcript due on or before 04/05/2022. Appendix due 04/15/2022. BRIEF APPELLANT, Arkansas Public Policy Panel and Arkansas State Conference NAACP due 04/15/2022.
Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant.
[5130316] [22-1395] (Christa Obucina)

**Notice will be electronically mailed to:**

Ms. Jacki L. Anderson: Jacki.Anderson@usdoj.gov
Mr. Nicholas J. Bronni: nicholas.bronni@arkansasag.gov
Ms. Ceridwen Cherry: ccherry@aclu.org
Ms. Karen Dellinger, Court Reporter: Karen_Dellinger@ared.uscourts.gov, kdell619@yahoo.com
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Valarie Flora, Court Reporter: Valarie_Flora@ared.uscourts.gov
Ms. Elaine M Hinson, Court Reporter: elaine_hinson@ared.uscourts.gov
Ms. Teresa Hollingsworth, Court Reporter: Teresa_Hollingsworth@ared.uscourts.gov
Mr. Dylan L. Jacobs, Assistant Solicitor General: dylan.jacobs@arkansasag.gov
Ms. Sophia Lin Lakin: slakin@aclu.org
Ms. Angela Liu: angela.liu@dechert.com
Ms. Jennifer L. Merritt: jennifer.merritt@arkansasag.gov, johanna.hinkle@arkansasag.gov, agcivil@arkansasag.gov
Mr. Luke M. Reilly: luke.reilly@dechert.com
Mr. Bryan L. Sells: bryan@bryansellslaw.com
Ms. Shannon S. Smith, Assistant U.S. Attorney: Shannon.Smith@usdoj.gov, tavia.douthard@usdoj.gov
Mr. Asher Steinberg: asher.steinberg@arkansasag.gov
Mr. Neil Steiner: neil.steiner@dechert.com
Mr. Gary L. Sullivan: gary@acluarkansas.org
Mr. Jonathan Topaz: jtopaz@aclu.org
Mr. Matthew F. Williams: matthew.williams@dechert.com

The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:** /opt/ACECF/live/forms/ChristaObucina_221395_5130316_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/24/2022] [FileNumber=5130316-0]
[4995c669ac95541a77cf8c0073ac1d4179fa59062a3e9b3ff8deb9a4a663d1b667a0225ef5a07a7c44f9d53f9d797dc6e76e19d494f770c84002632d32363b7a]]

**Recipients:**

- Ms. Jacki L. Anderson
- Mr. Nicholas J. Bronni
- Ms. Ceridwen Cherry
- Ms. Karen Dellinger, Court Reporter
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Valarie Flora, Court Reporter
- Ms. Elaine M Hinson, Court Reporter
- Ms. Teresa Hollingsworth, Court Reporter
- Mr. Dylan L. Jacobs, Assistant Solicitor General
- Ms. Sophia Lin Lakin
- Ms. Angela Liu
- Ms. Jennifer L. Merritt
- Mr. Luke M. Reilly
- Mr. Bryan L. Sells
- Ms. Shannon S. Smith, Assistant U.S. Attorney
- Mr. Asher Steinberg
- Mr. Neil Steiner
- Mr. Gary L. Sullivan
- Mr. Jonathan Topaz
- Mr. Matthew F. Williams

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5130316
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6966461, 6966462