**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 5 2022

TAMMY H. DOWNS, CLERK
By: _Ktthays_
　　　　　　　　　　DEP CLERK

```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT085672
Cashier ID: kthays
Transaction Date: 02/25/2022
Payer Name: GARY SULLIVAN
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: GARY SULLIVAN
 Case/Party: D-ARE-4-21-CV-001239-001
 Amount:       $505.00
--------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
--------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."