# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8

**DATE:** 3/3/2022

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 22-01395

**DISTRICT COURT NO.** 4:21-cv-01239-LPR

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: Copy of Docket Entry #108 (Transcript of Motion Hearing)
Volume and Date:
Volume and Date:

In Camera Documents

Exhibits

Plaintiff(s)
Defendant(s)
Joint

**COMMENTS:**

*************************************************************************
**USCA 8 ACKNOWLEDGMENT**

RECEIPT

By: _____
    Deputy Clerk