# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

THE ARKANSAS STATE CONFERENCE NAACP, *et al.*,                                         PLAINTIFFS,

v.                          Case No. 4:21-cv-01239-LPR

THE ARKANSAS BOARD OF APPORTIONMENT, *et al.*                                          DEFENDANTS.

## MOTION TO WITHDRAW AS COUNSEL

Senior Assistant Attorney General Jennifer L. Merritt respectfully requests permission to withdraw as counsel for the Defendants in this case. Ms. Merritt is leaving her employment with the Office of the Attorney General effective April 1, 2022, and will no longer be involved in this case. Defendants will continue to be represented by their remaining counsel of record in this case.

WHEREFORE, Jennifer L. Merritt respectfully requests that the Court grant her motion to withdraw as counsel in this case.

                                                               Respectfully submitted,

                                                                LESLIE RUTLEDGE
                                                                Attorney General

                        By:    Jennifer L. Merritt (Bar No. 2002148)
                              Senior Assistant Attorney General
                              Arkansas Attorney General's Office
                              323 Center Street, Suite 200
                              Little Rock, AR 72201
                              Phone:  (501) 682-1319
                              Fax:     (501) 682-2591
                              Email:  Jennifer.Merritt@ArkansasAG.gov

                              *Attorneys for Defendants*