FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Nov 20, 2023
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 22-1395

Arkansas State Conference NAACP; Arkansas Public Policy Panel

Plaintiffs - Appellants

v.

Arkansas Board of Apportionment; Sarah Huckabee Sanders, in her official capacity as the Governor of Arkansas Chairman of the Arkansas Board of Apportionment; John Thurston, in his official capacity as the Secretary of State of Arkansas and as a member of the Arkansas Board of Apportionment; Tim Griffin, in his official capacity as the Attorney General of the State of Arkansas and as a member of the Arkansas Board of Apportionment; State of Arkansas

Defendants - Appellees

------------------------------

United States of America

Interested party - Amicus on Behalf of Appellant(s)

Former Department of Justice Attorneys; Bipartisan Group of Supporters of the 1982 Voting Rights Act Amendments; Lawyers' Committee for Civil Rights Under Law

Amici on Behalf of Appellant(s)

Honest Elections Project; Senator Tom Cotton; State of Texas; State of Alabama; State of Florida; State of Georgia; State of Indiana; State of Kentucky; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Oklahoma; State of South Carolina; State of Utah

Amici on Behalf of Appellee(s)

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-01239-LPR)

**JUDGMENT**

Before SMITH, Chief Judge, GRUENDER, and STRAS, Circuit Judges.

  This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

  After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed as modified in accordance with the opinion of this Court.

                November 20, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
   /s/ Michael E. Gans