UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 22-1395

Arkansas State Conference NAACP and Arkansas Public Policy Panel

Appellants

v.

Arkansas Board of Apportionment, et al.

Appellees

------------------------------

United States of America, et al.

Amici on Behalf of Appellant(s)

Honest Elections Project, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-01239-LPR)

---

**MANDATE**

In accordance with the opinion and judgment of November 20, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 07, 2024

Clerk, U.S. Court of Appeals, Eighth Circuit

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Feb 07, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK